# Exhibit A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MISMA RIVERA, individually and on behalf of all
others similarly situated,

        Plaintiff,

        v.

METROPCS FLORIDA, LLC,

        Defendant.

**Case No: 19-CV-61664**

## <u>DECLARATION OF HOPE NORRIS</u>

I, Hope Norris, declare as follows:

1.      My name is Hope Norris.  I am over the age of 18 and am competent to make this declaration.  I am employed as a custodian of records for Defendant MetroPCS Florida, LLC ("Metro") in Dallas, Texas.  My title is Senior Director, Customer Experience.  I make this declaration in support of Metro's Motion to Compel Arbitration.  The following facts are true and of my own personal knowledge, my familiarity with Metro policies and practices, and my review of business records of Metro.  If called and sworn as a witness, I could and would competently testify to the following.

2.      As part of my job responsibilities as Senior Director, Customer Experience, I am familiar with Metro's recordkeeping for customer records.  Metro, in its ordinary course of doing business, keeps and maintains records of its customers.  Those records are made by, or from, information transmitted by a person with knowledge of the event described therein at or near the time of the event described and are kept in the ordinary course of the regularly conducted business activity of that person and Metro, and it is the regular practice of Metro to make such records.

1

Those records document, among other things, cellular number, account number, activation date, termination date (if service has been terminated), and the number of active lines on that account. The records may also document, among other things, usage of the account by the customer, payments made by the customer, etc.

3.    MetroPCS Florida, LLC is a Delaware LLC, and its sole member is T-Mobile South, LLC. T-Mobile South, LLC is also a Delaware LLC, and its sole member is T-Mobile USA. T-Mobile USA is a Delaware corporation with its principal place of business in Washington.

4.    Metro's records reflect that Mr. Rivera has a Metro account ending in 6279 (the "Rivera Account").

5.    Plaintiff's counsel included in the Complaint, and Metro's records confirm, that Mr. Rivera has a Metro telephone number ending in 6059 ("Rivera's 6059 line").

6.    Metro's records reflect that Rivera's 6059 line of service was activated with Metro on or about September 27, 2010.

7.    Throughout the life of the Rivera Account, Mr. Rivera activated, used, and paid for his Metro service.

8.    Plaintiff upgraded his account multiple times, including but not limited to, on or about October 20, 2017, November 28, 2018, and June 10, 2019.

9.    At all relevant times, it has been (and still is) Metro's standard practice and procedure to provide a customer activating service with information about Metro's Terms and Conditions, including information that the Terms and Conditions require arbitration of disputes and that a customer would accept the Terms and Conditions by activating, using, or paying for Metro services.

10.     The Metro October 2018 Terms and Conditions (the "2018 Terms and Conditions") included an arbitration agreement that governs all claims in any way related to or concerning the Agreement or Metro's services, devices, or products.

11.     While Metro periodically revises its Terms and Conditions, the arbitration provisions have not changed in a way material to this dispute and are essentially identical to Metro's 2018 Terms and Conditions described below.

12.     At the time Mr. Rivera opened his account, it was Metro's standard practice and procedure to provide a customer purchasing a new Metro device with a one-page sheet explaining Metro's return and upgrade policies, Metro's Terms and Conditions, and the web address for the full terms and conditions (the "Metro Information Sheet").  A true and correct copy of the Metro Information Sheet is attached as Exhibit A-1.

13.     The Metro Information Sheet includes a section entitled, "Metro Terms and Conditions."  The first line of the section describing Metro's Terms and Conditions reads in bold print:

> **By activating or using Metro Service, you agree to the Metro Terms and Conditions of Service. Metro requires Arbitration of Disputes unless you opt-out within 30 days of activating. Details and the full version can be viewed at metropcs.com/terms.**

Exhibit A-1, at MetroPCS Terms and Conditions of Service.

14.     The Metro Information Sheet also states in bold that customers agree to the Terms and Conditions, including the arbitration obligation and class action waiver by using and paying for Metro service:

> **By: (a) giving us a written or electronic signature or telling us orally that you accept the MetroPCS Terms and Conditions of Service; (b) activating Service (if you are a new subscriber); (c) using your Service after your Service is activated or after you make a change or addition to your Service; (d) paying for the Service; or (e) failing to activate Service within 30 days after the**

3

**purchase of your wireless device, unless you return your wireless device within MetroPCS' applicable return period, you agree to the MetroPCS Terms and Conditions of Service and the terms and conditions of service and use related to any feature you may have selected or may be included in your Rate Plan, including, but not limited to:**

- **You waive your right to a jury trial in disputes with MetroPCS;**
- **Your disputes with MetroPCS will be decided by an arbitrator;**
- **You waive your right to institute or participate in class action litigation against MetroPCS;**
- You will provide MetroPCS with accurate information about yourself;
- MetroPCS may communicate with you from time to time about your Service;
- You will pay all taxes and regulatory fees even if your rate plan is inclusive of taxes and regulatory fees; and
- MetroPCS may terminate your Service if you fail to timely pay for your Service or violate the Terms and Conditions of Service in any way, including abuse of the Service or violations of applicable laws.

*Id.* (emphasis in original).

15.     It is also Metro's practice to include a sticker on the box (the "Metro Box Sticker") that must be removed before the box can be opened, which also alerts customers to Metro's Terms and Conditions and the arbitration agreement.   The Metro Box Sticker both references the arbitration provision of the Terms and Conditions and directs customers to the full Terms and Conditions on Metro's website. The sticker appears as follows:



16.     At all relevant times, it also was Metro's standard practice and procedure to send a SMS text message to a customer activating a new device or line of service notifying the customer

of Terms and Conditions and directing them to the website containing the Terms and Conditions:

https://www.metropcs.com/terms-conditions/terms-conditions-service.html.

17.     Metro's records indicate that Metro sent the return policy and Terms and Conditions to Mr. Rivera in English and Spanish by SMS text message delivered to Mr. Rivera's 6059 line on October 20, 2017, November 28, 2018, and June 10, 2019, after Mr. Rivera upgraded his service.

18.     The 2018 Terms and Conditions provide that a customer accepts the Agreement with Metro in any of a number of ways, including by activating service, by using service, or by paying for service:

> **Acceptance.** YOUR AGREEMENT WITH METROPCS STARTS WHEN YOU ACCEPT THESE TERMS AND CONDITIONS. YOU AGREE TO COMPLY WITH ALL APPLICABLE LAWS AND POLICIES BY DOING ANY OF THE FOLLOWING: (A) GIVING US A WRITTEN OR ELECTRONIC SIGNATURE, OR TELLING US ORALLY THAT YOU ACCEPT; (B) ACTIVATING OR CONTINUING SERVICE; (C) USING YOUR SERVICE AFTER YOUR SERVICE IS ACTIVATED OR YOU MAKE A CHANGE OR ADDITION TO YOUR SERVICE; (D) PAYING FOR THE SERVICE; OR (E) FAILING TO ACTIVATE SERVICE WITHIN 30 DAYS AFTER THE PURCHASE OF YOUR WIRELESS DEVICE. **IF YOU ARE A NEW CUSTOMER AND YOU DO NOT AGREE TO THIS AGREEMENT, DO NOT DO ANY OF THESE THINGS.**
>
> **IF YOU ARE AN EXISTING CUSTOMER AND THE SERVICE IS PROVIDED TO YOU UNDER A PRIOR AGREEMENT AND YOU DO NOT AGREE TO THIS AGREEMENT, YOU MUST TERMINATE SERVICE AS SET FORTH IN THE PRIOR AGREEMENT**; PROVIDED, HOWEVER, THAT IF YOU CHOOSE TO TERMINATE SERVICE YOU WILL STILL BE BOUND BY THE PRIOR AGREEMENT, INCLUDING YOUR OBLIGATION TO PAY ANY OUTSTANDING AMOUNTS AND YOUR AGREEMENT TO ARBITRATE DISPUTES. IF YOU HAVE ANY QUESTIONS, DO NOT ACTIVATE OR USE YOUR SERVICE, AND CONTACT METROPCS OR ITS AUTHORIZED DEALERS TO HAVE YOUR QUESTIONS ANSWERED.

A true and correct copy of the Metro Terms and Conditions are attached as Exhibit A-2 (emphasis in original).

19.     Metro's records show that Mr. Rivera activated service, used service, and paid for service.  The Rivera Account reflects a number of payments received, including, but not limited to, payments for service on September 27, 2010, the day Mr. Rivera opened his account, and on October 21, 2017; November 28, 2018; and June 11, 2019, all within one day of his account upgrades.

20.     Metro's records show that from January to July of 2019, Metro received at least seven different payments to the Rivera Account.

21.     The 2018 Terms and Conditions apply broadly to "**any and all claims or Disputes between  you and us, in any way related to or concerning the Agreement, our Privacy Policy, our Services, [or] devices or products.**" *Id.* (emphasis in original).

22.     The 2018 Terms and Conditions also included a notice under the heading **<u>Metro by T-Mobile Terms and Conditions of Service</u>** before the full text of the arbitration provision:

> **<u>IMPORTANT</u>: READ THIS AGREEMENT CAREFULLY. IT REQUIRES THE USE OF INDIVIDUAL ARBITRATION RATHER THAN JURY TRIALS OR CLASS ACTIONS TO RESOLVE DISPUTES. ARBITRATION IS MORE INFORMAL THAN LITIGATION BECAUSE IT USES A NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY AND ALLOWS FOR LESS DISCOVERY AND LESS APPELLATE REVIEW THAN IN COURT.**

*Id.* (emphasis in original).

23.     Additionally the 2018 Terms and Conditions provide a comprehensive section entitled **Dispute Resolution and Arbitration**, which states in pertinent part:

> **Dispute Resolution and Arbitration. We each agree that, except as provided below, any and all claims or Disputes between you and us, in any way related to or concerning the Agreement, our Privacy Policy, our Services, devices or products, will be resolved by binding arbitration.** This includes any claims against other parties relating to Services or wireless devices provided or billed to you (such as our suppliers, Dealers or third party vendors) whenever you also assert claims against us in the same proceeding. "Dispute" shall be given the broadest possible meaning and shall include any dispute, claim, or controversy arising from

or relating to this Agreement or Services and/or Products provided under this Agreement, including but not limited to: (1) all claims for relief and all theories of liability, whether based in contract, tort, statute, regulation, ordinance, fraud, or misrepresentation; (2) all disputes regarding the validity, enforceability or scope of this arbitration agreement (with the exception of its class action waiver); (3) all disputes that arose before this Agreement; (4) all disputes that arise after the termination of this Agreement; and (5) all disputes that are the subject of a putative class action in which no class has been certified. References in this provision to "us" include our parents, subsidiaries, affiliates, predecessors, successors, and assigns and our and their directors, officers, employees and agents. References in this provision to "you" include all beneficiaries of this Agreement and all users of the Services provided under this Agreement. Notwithstanding the foregoing, either party may bring an individual action in small claims court or bring Disputes to the attention of federal, state, or local agencies, including, but not limited to, the Federal Communications Commission

*Id.* (emphasis in original).

24.     A customer may opt out of the arbitration agreement contained in the Terms and Conditions if that customer notifies Metro in writing according to the "notice" section of the Terms and Conditions within 30 days of initiating service or, if the customer never had the opportunity to opt out of arbitration, within 30 days of the date of the change notice giving the customer that opportunity.  In full, the opt-out provision provides:

If you do not wish to be bound by this arbitration agreement, you must notify us of your desire to do so within 30 days of initiating Service, or, if you have never had the opportunity to opt out of arbitration, within 30 days of the date of the change notice giving you the opportunity. To do so, please visit www.metropcsdisputeresolution.com and follow the instructions on that site. Your decision to opt out of this arbitration agreement will not adversely affect our relationship with or delivery of Service to you. If you have previously notified us of your decision to opt out of this arbitration agreement, you need not do so again.

*Id.* (emphasis in original).

25.     The 2018 Terms and Conditions also include a class action and jury trial waiver:

**CLASS ACTION WAIVER. WE EACH AGREE THAT ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A MEMBER OF A CLASS, CONSOLIDATED OR REPRESENTATIVE**

**ACTION. If a court or arbitrator determines in an action between you and us that this Class Action Waiver is unenforceable, the arbitration agreement will be void as to you. If you choose to pursue your claim in court by opting out of the arbitration provision as specified above, this Class Action Waiver provision will not apply to you. Neither you, nor any other customer, can be a class representative, class member, or otherwise participate in a class, consolidated or representative proceeding without having complied with the opt out requirements above.**

**JURY TRIAL WAIVER.  If a claim proceeds in court rather than through arbitration, WE EACH WAIVE ANY RIGHT TO A JURY TRIAL.**

*Id.* (emphasis in original).

26.     The Terms and Conditions also stated that "Because this Agreement and the Services provided under this Agreement concern interstate commerce, this arbitration agreement shall be governed by the Federal Arbitration Act ("FAA")." *Id.*

27.     The Terms and Conditions further state that "[f]or claims less than $75,000, the AAA's Supplemental Procedures for Consumer-Related Disputes will apply."  *Id.*

28.     Under the heading **Notices and Customer Communications**, the Metro Terms and Conditions contains an agreement that "Metro by T-Mobile may contact you in any way, including, pre-recorded or artificial voice or text messages delivered by an automatic telephone dialing system, or e-mail messages delivered by an automatic e-mailing system."  *Id.* (emphasis in original).

29.     The current Terms and Conditions are also publicly available on the Metro website and contain the official Metro logo:  https://www.metropcs.com/terms-conditions/terms-conditions-service.html.

30.     Metro's customer records reflect any opt-out notices, if and when they are received. Mr. Rivera never provided notice that he wished to opt out of the arbitration agreement.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct. Executed this 2nd day of August at Richardson, Texas.

Hope Norris
Hope Norris

# Exhibit A-1

**MetroPCS Policies**

## Return Policy

**MetroPCS customers activating a new device on a new line of service with MetroPCS who are dissatisfied with their new device or service may return their new device for a device and service refund.\***

**MetroPROMISE® Rules:**

- The device must be returned within 7 days of purchase with less than one hour of talk time for a full refund
- The device must be returned in "like new condition" and contain all original packaging and accessories.
- The device must be returned to the original place of purchase with accompanying device and service payment receipts.
- Online customers must return the device to the Online Returns Center per the instructions included in the shipment packaging.
- Device exchanges and upgrades are non-refundable under this policy, but may be covered by a limited manufacturer's warranty, if applicable.

*This return policy only applies to new phone purchases at MetroPCS and its authorized dealer locations, and excludes new phone purchases on metropcs.com. Monthly service payment, application download and other fees are non-refundable. MetroPROMISE not applicable when phone and service not purchased at same location. New phone purchases, including phone upgrades, may be covered by a limited manufacturer's warranty. See metropcs.com/returns for full return policy.

## Upgrade Policy

Customers who wish to purchase a new device in-store or online within 90 days of their last new device purchase on a line of service must pay the full suggested retail price.

## Returned Payment Policy

If your check, electronic funds transfer payment, including debit or Automated Clearing House payment, or any other payment is dishonored or returned, we may charge you up to $35 or the maximum amount allowed under applicable law, and we may also generate a draft or electronically debit your account for any fee amount due, all as allowed by law.

**Return Policy does not apply to non-MetroPCS branded devices.**

# MetroPCS Terms and Conditions of Service

**By activating or using MetroPCS Service, you agree to the MetroPCS Terms and Conditions of Service. MetroPCS requires Arbitration of Disputes unless you opt-out within 30 days of activating. Details and the full version can be viewed at metropcs.com/terms.**

Welcome to MetroPCS. We are pleased that you have selected us as your wireless carrier. Please use this page as a reference for questions about your service and the Terms and Conditions of Service that govern the service you have purchased from MetroPCS. These Terms and Conditions of Service apply to all devices and wireless services provided by us to you and consist of several parts, which may be amended from time to time:

- The MetroPCS Terms and Conditions of Service (http://www.metropcs.com/terms);

- Your MetroPCS Rate Plan (http://www.metropcs.com/plans);

- The MetroPCS Privacy Policy (http://www.metropcs.com/privacy-policy);

- The MetroPCS Network Disclosure (www.metropcs.com/terms-network-disclosure);

- The MetroPCS Online Terms of Use (https://www.metropcs.com/terms-conditions/online-terms.html);

- The MetroPCS Wi-Fi Terms of Use (https://www.metropcs.com/terms-conditions/wifi.html); and

- The terms and conditions relating to any additional features you may have selected or as may be included in your Rate Plan, including, but not limited to:

  o MetroWEB® Terms of Use (https://www.metropcs.com/terms-conditions/metro-web.html)

  o Metro411 Terms of Use (http://www.metropcs.com/metro411-terms-of-use)

  o MetroZone and MyExtras® Terms of Service (https://www.metropcs.com/terms-conditions/metrozone-my-extras-terms-of-service.html)

  o Bring Your Own Phone Terms of Use (https://www.metropcs.com/content/metro/en/desktop/metro/cell-phones/simcard-terms.html)

  o Napster® Unlimited Music Terms of Use (https://www.metropcs.com/terms-conditions/napster-unlimited-music-terms-conditions.html)

  o Lookout® Premium Terms of Use (http://www.mymetrophp.com)

  o MetroPCS International Calling (https://www.metropcs.com/terms-conditions/uild-terms-conditions.html)

  o Premium Handset Protection® Program Terms of Use (http://www.mymetrophp.com)

In the event that the terms and conditions relating to a feature you may have selected or may be included in your Rate Plan conflicts with the MetroPCS Terms and Conditions of Service, the Terms and Conditions of Service shall control.

**By: (a) giving us a written or electronic signature or telling us orally that you accept the MetroPCS Terms and Conditions of Service; (b) activating Service (if you are a new subscriber); (c) using your Service after your Service is activated or after you make a change or addition to your Service; (d) paying for the Service; or (e) failing to activate Service within 30 days after the purchase of your wireless device, unless you return your wireless device within MetroPCS' applicable return period, you agree to the MetroPCS Terms and Conditions of Service and the terms and conditions of service and use related to any feature you may have selected or may be included in your Rate Plan, including, but not limited to:**

- **You waive your right to a jury trial in disputes with MetroPCS;**
- **Your disputes with MetroPCS will be decided by an arbitrator;**
- **You waive your right to institute or participate in class action litigation against MetroPCS;**
- You will provide MetroPCS with accurate information about yourself;
- MetroPCS may communicate with you from time to time about your Service;
- You will pay all taxes and regulatory fees even if your rate plan is inclusive of taxes and regulatory fees; and
- MetroPCS may terminate your Service if you fail to timely pay for your Service or violate the Terms and Conditions of Service in any way, including abuse of the Service or violations of applicable laws.

**Billing for Premium and Third-Party Services**

California Residents Only
Certain parties besides MetroPCS have the ability to place charges on your bill for premium services. You may access these services and authorize the placement of charges on your bill through your phone or online account.

MetroPCS also provides customers, at no additional cost, with the ability to restrict the placement of charges for premium and third-party services on your account. Contact customer care or go to www.metropcs.com/blocking for more information.



**Políticas de MetroPCS**

## Política de devolución

**Los clientes de MetroPCS que activen un nuevo dispositivo en una nueva línea del servicio con MetroPCS y que no estén satisfechos con el nuevo dispositivo o servicio pueden devolver el nuevo dispositivo y solicitar un reembolso de este y del servicio.\***
**Reglas de la promesa de Metro:**
- Para obtener un reembolso completo, el dispositivo debe devolverse en un plazo de 7 días posteriores a la compra con menos de una hora de tiempo de conversación.
- El dispositivo debe devolverse "como nuevo" y contener todo el embalaje y los accesorios originales.
- El dispositivo debe devolverse al lugar de compra original acompañado de los recibos de pago del dispositivo y del servicio.
- Los clientes en línea deben devolver el dispositivo al Centro de devoluciones en línea según las instrucciones que se incluyen en el paquete de envío.
- Según esta política las actualizaciones de dispositivos no son reembolsables pero pueden tener cobertura de una garantía limitada del fabricante, si corresponde.

\*Esta política de devolución solo se aplica a compras de teléfonos nuevos en tiendas de MetroPCS y a sus distribuidores autorizados; no se aplica a compras de teléfonos usados en metropcs.com. El servicio mensual, descargas de aplicaciones, y otros cargos no son reembolsables. La promesa Metro es aplicable solo si el teléfono y el servicio son adquiridos en el mismo lugar. Es posible que las compras de teléfonos nuevos, incluso las actualizaciones de teléfonos, estén cubiertas por una garantía limitada del fabricante. Consulte metropcs.com/returns para ver la política de devolución completa.

## Política de actualización

Los clientes que quieran comprar un dispositivo nuevo en tiendas o en línea en un plazo de 90 días posteriores a su última compra de un dispositivo nuevo en una línea de servicio deben pagar el precio minorista sugerido completo.

## Política de pagos devueltos

Si tu cheque, pago por transferencia electrónica de fondos, incluyendo pagos por débito o de la Cámara de Compensación Automatizada (Automated Clearing House), o cualquier otro pago es devuelto o rechazado, podemos cobrarte hasta $35 o la máxima cantidad permitida por la ley pertinente, además, podemos generar un giro o debitar de forma electrónica tu cuenta por la cantidad de cualquier cargo vencido, todo según lo permita la ley.

**La opcione de Política de devolución no se a los dispositivos que no son de MetroPCS.**

# Términos y Condiciones de Servicio MetroPCS

**Al activar o usar el Servicio de MetroPCS, aceptas los Términos y condiciones de Servicio de MetroPCS. MetroPCS exige el arbitraje de disputas a menos que decidas no aceptar tal arbitraje dentro de los 30 días posteriores a la activación. Puedes ver los detalles y la versión completa en metropcs.com/terms.**

Bienvenido a MetroPCS. Nos complace que nos haya elegido como su proveedor de servicio celular. Use esta página como referencia para preguntas sobre su servicio y para conocer los términos y condiciones de servicio que rigen el servicio que ha comprado de MetroPCS. Estos Términos y condiciones de servicio se aplican a todos los aparatos telefónicos y servicios celulares que nosotros le proporcionamos y constan de varias partes, las cuales podrán ser modificadas ocasionalmente:

- Los Términos y condiciones de servicio de MetroPCS (http://www.metropcs.com/terms);
- Su plan de tarifas de MetroPCS (http://www.metropcs.com/plans);
- La política de privacidad de MetroPCS (http://www.metropcs.com/privacy-policy);

- Divulgación sobre la red de MetroPCS (www.metropcs.com/terms-network-disclosure);
- Los Términos de uso del sitio de MetroPCS (https://www.metropcs.com/terms-conditions/online-terms.html);
- Los Términos de uso de MetroPCS Wi-Fi (https://www.metropcs.com/terms-conditions/wifi.html); y

- Los términos y condiciones relacionados con cualquier función adicional que pueda haber seleccionado o pueda estar incluida en su plan de tarifas, incluyendo, a título enunciativo:

  o Términos de uso de MetroWEB® (https://www.metropcs.com/terms-conditions/metro-web.html)

  o Términos de uso de Metro411 (http://www.metropcs.com/metro411-terms-of-use)

  o Términos de servicio de MetroZone y MyExtras® (https://www.metropcs.com/terms-conditions/metrozone-my-extras-terms-of-service.html)

  o Términos de uso de trae tu teléfono (https://www.metropcs.com/content/metro/en/desktop/metro/cell-phones/simcard-terms.html)

  o Términos de uso de música ilimitada Napster® (https://www.metropcs.com/terms-conditions/napster-unlimited-music-terms-conditions.html)

  o Términos de uso de Lookout® Premium (http://www.mymetrophp.com)

  o Llamadas internacionales de MetroPCS (https://www.metropcs.com/terms-conditions/uild-terms-conditions.html)

  o Términos de uso de programa Premium Handset Protection® (http://www.mymetrophp.com)

En caso de que los términos y condiciones relacionados con alguna función que pueda haber seleccionado o que pueda estar incluida en su plan de tarifas creen conflictos con los Términos y condiciones de servicio de MetroPCS, regirán estos últimos.

**Al:** proporcionarnos una firma escrita o electrónica o comunicarnos en forma verbal que acepta los Términos y condiciones de servicio de MetroPCS; (b) activar el Servicio (si es un nuevo suscriptor); (c) usar su Servicio después de la activación del mismo o después de realizar un cambio o una adición a su Servicio; (d) pagar su Servicio; o (e) no activar el Servicio dentro de los 30 días posteriores a la compra de su dispositivo celular, a menos que devuelva su dispositivo celular dentro del período de devolución correspondiente de MetroPCS, usted acepta los Términos y condiciones de servicio de MetroPCS y los términos y condiciones de servicio y uso relacionados con cualquier función que pueda haber seleccionado o que pueda estar incluida en su plan de tarifas, incluyendo, a título enunciativo:

- **Usted renuncia a su derecho a un juicio con jurado por disputas con MetroPCS;**
- **Sus disputas con MetroPCS serán decididas por un árbitro;**
- **Usted renuncia a su derecho de entablar o participar en litigios de demandas colectivas contra MetroPCS;**
- Usted proporcionará a MetroPCS información fidedigna sobre usted;
- MetroPCS podrá comunicarse con usted ocasionalmente acerca de su Servicio;
- Pagará todos los impuestos y tarifas reglamentarias aun si su plan de tarifas los incluye; y
- MetroPCS podrá cancelar su Servicio si usted no lo paga a tiempo o si viola los Términos y condiciones de servicio de alguna manera, incluyendo abuso del Servicio y quebrantamiento de las leyes pertinentes.

**Facturación de servicios Premium y de terceros**
Solo residentes de California
Ciertos terceros, aparte de MetroPCS, pueden aplicar cargos en tu factura por servicios premium. Puedes acceder a estos servicios y autorizar que se apliquen los cargos a tu factura, a través de tu teléfono o cuenta en línea.

MetroPCS también ofrece a sus clientes, sin costo adicional, la opción de restringir la aplicación de cargos por servicios premium y de terceros a tu cuenta. Comunícate con servicio al cliente o visita www.metropcs.com/blocking para obtener más información.



MPCS-4042/06-17

# Exhibit A-2



Home (/content/metro/en/metro.html)
> Terms and Conditions (/../terms-conditions/terms-conditions-service.html)
> **Metro by T-Mobile Terms And Conditions**

# Metro by T-Mobile Terms And Conditions

**Metro by T-Mobile Terms and Conditions of Service**
(/content/metro/en/desktop/metro/terms-conditions/terms-conditions-service.html)

**Network Disclosure**
(/content/metro/en/desktop/metro/terms-conditions/network-disclosure.html)

**MetroZone and MyExtras Terms of Service**
(/content/metro/en/desktop/metro/terms-conditions/metrozone-my-extras-terms-of-service.html)

**California MTS Notice**
(/content/metro/en/desktop/metro/terms-conditions/california-mts-notice.html)

## Metro® by T-Mobile Terms and Conditions of Service

Welcome to Metro by T-Mobile. We are pleased that you have selected us as your wireless carrier. Please use this page as a reference for questions about your service and the terms and conditions of service that govern the service(s) you have purchased from Metro by T-Mobile. These Terms and Conditions of Service apply to all devices and wireless services provided by us to you and consist of several parts, which may be amended from time to time:

The Metro by T-Mobile Terms and Conditions of Service

·   eWallet Terms and Conditions

·   Metro by T-Mobile Start of Service Form

·   Your Metro by T-Mobile Rate Plan

·   The Metro by T-Mobile Privacy Policy

·   eWallet Privacy Policy

·   The Metro by T-Mobile Online Terms of Use

·   The Metro by T-Mobile Wi-Fi Terms of Use

·   Metro by T-Mobile Open Internet Transparency Disclosures

·   MetroWEB Terms of Use

The terms and conditions relating to any additional features you may have selected or as may be included in your Rate Plan, including, but not limited to:

•   Metro411 Terms of Use
•   MyExtras Terms of Service
•   Premium Handset Protection®Terms and Conditions

Feedback

**CallerTunes Terms and Conditions** (/content/metro/en/desktop/metro/terms-conditions/callertunes-terms-conditions.html)

**Consumer Protection Terms of Use** (/content/metro/en/desktop/metro/terms-conditions/consumer-protection-terms.html)

**eWallet PrivacyPolicy** (/content/metro/en/desktop/metro/terms-conditions/ewallet-privacy.html)

**eWallet Terms and Conditions** (/content/metro/en/desktop/metro/terms-conditions/ewallet.html)

**International Long Distance Terms and Conditions** (/content/metro/en/desktop/metro/terms-conditions/uild-terms-conditions.html)

**Long Distance Terms and Conditions** (/content/metro/en/desktop/metro/terms-conditions/long-distance.html)

**Metro411 Premium Terms of Use** (/content/metro/en/desktop/metro/terms-conditions/metro-

- Metro by T-Mobile International Long Distance Terms and Conditions

If the event that the terms and conditions relating to a feature you may have selected or that may be included in your Rate Plan conflicts with the Metro by T-Mobile Terms and Conditions of Service, your Rate Plan shall control. You accept our Terms and Conditions by doing any of the following (a) giving us a written or electronic signature or telling us orally that you accept the Metro by T-Mobile Terms and Conditions of Service; (b) activating Service (if you are a new subscriber); (c) using your Service after your Service is activated or after you make a change or addition to your Service; (d) paying for the Service; or (e) failing to activate Service within 30 days after the purchase of your Metro by T-Mobile wireless device. You also agree to the terms and conditions of service and use related to any feature(s) you may have selected or that may be included in your Rate Plan. By accepting the Metro by T-Mobile Terms and Conditions of Service, you agree to the following (see full Metro by T-Mobile Terms and Conditions of Service for all terms):

· You waive your right to a jury trial in disputes with Metro by T-Mobile.

· Your disputes with Metro by T-Mobile will be decided by an arbitrator.

· You waive your right to institute or participate in class action litigation against Metro by T-Mobile.

· You will provide Metro by T-Mobile with accurate information about yourself.

· Metro by T-Mobile may communicate with you from time to time about your Service.

· You will pay all taxes and regulatory fees even if your rate plan is inclusive of taxes and regulatory fees.

· Metro by T-Mobile may terminate your Service if you fail to timely pay for your Service or violate the Terms and Conditions of Service in any way, including abuse of the Service or violations of applicable laws.

**Metro by T-Mobile Terms and Conditions of Service**

Revised: October 8, 2018

When you initiate Service with Metro by T-Mobile, you may receive a Start of Service form and this Agreement. These materials, including applicable supplemental terms and conditions, and your Rate Plan terms, are part of your Agreement with Metro by T-Mobile (collectively, the "Agreement"). This Agreement governs the sale, use, and delivery of Metro by T-Mobile wireless services ("Service" or "Services") to you (the purchaser or user of the Services) by T-Mobile USA, Inc. and any of its controlled subsidiaries, assignees, and agents ("us," "we," "our" or "Metro by T-Mobile"). Certain other laws may also govern our provision of Services to you and such laws are incorporated in their entirety by this reference into this Agreement as if set forth in this Agreement. Your Service is also subject to, and you agree to adhere to, our business policies, practices, and procedures, which we can change at any time without notice to you (collectively, the "Policies"). Offers may not be available everywhere or combinable with other promotions/options. Your Rate Plan includes your allotments for minutes, messages or data, rates, coverage and other terms ("Rate Plan"). The Agreement makes up the complete agreement between you and us, and

Feedback

411-premium-terms-of-use.html)

**Metro411 Terms and Conditions**
(/content/metro/en/desktop/metro/terms-conditions/metro-411-terms-and-conditions.html)

**Metro by T-Mobile Ad Options for Your Device**
(/content/metro/en/desktop/metro/terms-conditions/metropcs-ad-options-for-your-device.html)

**Metro by T-Mobile Marks Rules**
(/content/metro/en/desktop/metro/terms-conditions/marksrules.html)

**Metro by T-Mobile Phone Unlock Policy**
(/content/metro/en/desktop/metro/terms-conditions/phone-unlock-policy.html)

**MetroPCS Terms of Service International Roaming**
(/content/metro/en/desktop/metro/terms-conditions/metropcs-terms-of-service-international-roaming.html)

supersedes any and all prior and contemporaneous agreements, arrangements, representations, advertising, contracts, statements, offers, and understandings relating to the subject matter of the Agreement, whether oral or written, including, but not limited to, all previous versions of the Terms and Conditions of Service. You cannot rely on any other documents or statements by any sales person, service representative or other agent. You acknowledge and agree that you have not relied on any representation, assertion, guarantee, warranty, contract or other assurance, stated or made by anyone except those set out in this Agreement.

IMPORTANT: READ THIS AGREEMENT CAREFULLY. IT REQUIRES THE USE OF INDIVIDUAL ARBITRATION RATHER THAN JURY TRIALS OR CLASS ACTIONS TO RESOLVE DISPUTES. ARBITRATION IS MORE INFORMAL THAN LITIGATION BECAUSE IT USES A NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY AND ALLOWS FOR LESS DISCOVERY AND LESS APPELLATE REVIEW THAN IN COURT.

1. **Acceptance.** YOUR AGREEMENT WITH METRO BY T-MOBILE STARTS WHEN YOU ACCEPT THESE TERMS AND CONDITIONS. YOU AGREE TO COMPLY WITH ALL APPLICABLE LAWS AND POLICIES BY DOING ANY OF THE FOLLOWING: (A) GIVING US A WRITTEN OR ELECTRONIC SIGNATURE, OR TELLING US ORALLY THAT YOU ACCEPT; (B) ACTIVATING OR CONTINUING SERVICE; (C) USING YOUR SERVICE AFTER YOUR SERVICE IS ACTIVATED OR YOU MAKE A CHANGE OR ADDITION TO YOUR SERVICE; (D) PAYING FOR THE SERVICE; OR (E) FAILING TO ACTIVATE SERVICE WITHIN 30 DAYS AFTER THE PURCHASE OF YOUR WIRELESS DEVICE. **IF YOU ARE A NEW CUSTOMER AND YOU DO NOT AGREE TO THIS AGREEMENT, DO NOT DO ANY OF THESE THINGS.**

**IF YOU ARE AN EXISTING CUSTOMER AND THE SERVICE IS PROVIDED TO YOU UNDER A PRIOR AGREEMENT AND YOU DO NOT AGREE TO THIS AGREEMENT, YOU MUST TERMINATE SERVICE AS SET FORTH IN THE PRIOR AGREEMENT**; PROVIDED, HOWEVER, THAT IF YOU CHOOSE TO TERMINATE SERVICE YOU WILL STILL BE BOUND BY THE PRIOR AGREEMENT, INCLUDING YOUR OBLIGATION TO PAY ANY OUTSTANDING AMOUNTS AND YOUR AGREEMENT TO ARBITRATE DISPUTES. IF YOU HAVE ANY QUESTIONS, DO NOT ACTIVATE OR USE YOUR SERVICE, AND CONTACT METRO BY T-MOBILE OR ITS AUTHORIZED DEALERS TO HAVE YOUR QUESTIONS ANSWERED.

2. * **Dispute Resolution and Arbitration. We each agree that, except as provided below, any and all claims or Disputes between you and us, in any way related to or concerning the Agreement, our Privacy Policy, our Services, devices or products, will be resolved by binding arbitration.** This includes any claims against other parties relating to Services or wireless devices provided or charged to you (such as our suppliers, Dealers or third party vendors) whenever you also assert claims against us in the same proceeding. "Dispute" shall be given the broadest possible meaning and shall include any dispute, claim, or controversy arising from or relating to this Agreement or Services and/or Products provided under this Agreement, including but not limited to: (1) all claims for relief and all theories of liability, whether based in contract, tort, statute, regulation, ordinance, fraud, or misrepresentation; (2) all disputes regarding the validity, enforceability or scope of this arbitration agreement (with the exception of its class action waiver); (3) all disputes that arose before this Agreement; (4) all disputes that arise after the termination of this Agreement; and (5) all disputes that are the subject of a putative class action in which no class has been certified.

Feedback

**MetroWEB Terms of Use**
(/content/metro/en/desktop/metro/terms-conditions/metro-web.html)

**Napster Unlimited Music Terms and Conditions**
(/content/metro/en/desktop/metro/terms-conditions/napster-unlimited-music-terms-conditions.html)

**Online Terms of Use**
(/content/metro/en/desktop/metro/terms-conditions/online-terms.html)

**Premium Handset Protection Terms and Conditions**
(/content/metro/en/desktop/metro/terms-conditions/premium-handset-protection-terms-and-conditions.html)

**Privacy Policy**
(/content/metro/en/desktop/metro/terms-conditions/privacy.html)

**Start of Service Forms**
(/content/metro/en/desktop/metro/terms-conditions/start-of-service-forms.html)

**Third-Party Services**

References in this provision to "us" include our parents, subsidiaries, affiliates, predecessors, successors, and assigns and our and their directors, officers, employees and agents. References in this provision to "you" include all beneficiaries of this Agreement and all users of the Services provided under this Agreement. Notwithstanding the foregoing, either party may bring an individual action in small claims court or bring Disputes to the attention of federal, state, or local agencies, including, but not limited to, the Federal Communications Commission.

If you do not wish to be bound by this arbitration agreement, you must notify us of your desire to do so within 30 days of initiating Service, or, if you have never had the opportunity to opt out of arbitration, within 30 days of the date of the change notice giving you the opportunity. To do so, please visit www.metropcsdisputeresolution.com (http://www.metropcsdisputeresolution.com/) and follow the instructions on that site. Your decision to opt out of this arbitration agreement will not adversely affect our relationship with or delivery of Service to you. If you have previously notified us of your decision to opt out of this arbitration agreement, you need not do so again.

For all disputes, whether pursued in court or arbitration, you must first give us an opportunity to resolve your claim by sending a written description of your claim to the address in Section 16 below. We each agree to negotiate your claim in good faith. If we are unable to resolve the claim within 60 days after we receive your claim description, you may pursue your claim in arbitration. We each agree that if you fail to timely pay amounts due, we may assign your account for collection, and the collection agency may pursue, in small claims court, claims limited strictly to the collection of the past due amounts and any interest or cost of collection permitted by law or this Agreement.

Notwithstanding any provision in this Agreement to the contrary, if we change this arbitration agreement, you may reject the change without terminating or adversely affecting your Service by notifying us in writing at the address in the "Notices" section below within 30 days of the date of the change notice. If you do, you shall arbitrate any Dispute in accordance with the terms of this arbitration agreement. If you do not, you will be bound by the changes.

Because this Agreement and the Services provided under this Agreement concern interstate commerce, this arbitration agreement shall be governed by the Federal Arbitration Act ("FAA").

The party initiating arbitration may choose from the following independent, impartial arbitration administrators:

American Arbitration Association
335 Madison Avenue,
Floor 10
New York, NY 10017
1-800-778-7879
www.adr.org

Copies of their respective rules for consumer disputes and forms and instructions for initiating arbitration may be obtained by contacting them or visiting their websites. Any arbitration shall be conducted pursuant to the arbitration administrator's rules for consumer disputes in effect when the arbitration is initiated except to the extent they are inconsistent with this arbitration agreement. If the arbitration administrator will not enforce this

Feedback

(/content/metro/en/desktop/metro/terms-
conditions/blocking.html)

### Wi-Fi Terms And Conditions

(/content/metro/en/desktop/metro/terms-
conditions/wifi.html)

### Wireless Emergency Alerts

(/content/metro/en/desktop/metro/terms-
conditions/wireless-
emergency-
alerts.html)

### Metro by T-Mobile Insights Program

(/content/metro/en/desktop/metro/terms-
conditions/insights-
program.html)

### Improving Safety and Security on WiFi Networks

(/content/metro/en/desktop/metro/terms-
conditions/safety-
security-
wifi-
networks.html)

### Wi-Fi Access in LAX Airport

(/content/metro/en/desktop/metro/terms-
conditions/LAX-
BOINGO.html)

### California Cramming Compliance

(/content/metro/en/desktop/metro/terms-
conditions/california-
cramming.html)

### California Transparency

is written, the parties shall agree on or mutually petition a court of competent jurisdiction to appoint a substitute arbitration administrator who will do so. The arbitrator shall enforce contractual, statutory and other limitation periods and shall honor claims of privilege recognized at law. Judgment upon any arbitration award may be entered in any court having jurisdiction.

If we elect to arbitrate, we will notify you in writing at your then-current account address or (if your account is closed) the last address at which we contacted you. If you initiate the arbitration, you must notify us in writing at the address set forth in the "Notices" section below.

If your Dispute does not exceed $10,000, we will promptly reimburse your filing fee and will pay the arbitrator's other fees, costs and expenses. (If you cannot pay the filing fee, you may request that we pay the filing fee directly.) If, however, the arbitrator finds that your Dispute is frivolous or brought for an improper purpose, you shall reimburse the filing fee to us and the payment of the arbitrator's others fees, costs and expenses shall be governed by the arbitration administrator's rules.

You may hire an attorney to represent you in the arbitration proceeding and may recover your reasonable attorneys' fees and costs in arbitration to the same extent as you could in court if the arbitration proceeding is decided in your favor. We may hire an attorney to represent us in the arbitration proceeding but waive any right to recover our attorneys' fees and costs if the arbitration proceeding is decided in our favor.

Unless you and we agree otherwise in writing, any arbitration hearings will be held in the county of your then-current service address or (if your account is closed) the last address at which we contacted you.

**If the arbitration provision applies or you choose arbitration to resolve your disputes, then either you or we may start arbitration proceedings.** You must send a letter requesting arbitration and describing your claim to our registered agent (see Section 16) to begin arbitration. The American Arbitration Association ("AAA") will arbitrate all disputes. For claims less than $75,000, the AAA's Supplementary Procedures for Consumer-Related Disputes will apply; for claims over $75,000, the AAA's Commercial Arbitration Rules will apply. The AAA rules are available at www.adr.org (http://www.adr.org/) or by calling 1-800-778-7879. Upon filing of the arbitration demand, we will pay all filing, administration and arbitrator fees for claims that total less than $75,000. For claims that total more than $75,000, the payment of filing, administration and arbitrator fees will be governed by the AAA Commercial Arbitration Rules. An arbitrator may award on an individual basis any relief that would be available in a court, including injunctive or declaratory relief and attorneys' fees. In addition, for claims under $75,000 as to which you provided notice and negotiated in good faith as required above before initiating arbitration, if the arbitrator finds that you are the prevailing party in the arbitration, you will be entitled to a recovery of reasonable attorneys' fees and costs. Except for claims determined to be frivolous, Metro PCS agrees not to seek an award of attorneys' fees in arbitration even if an award is otherwise available under applicable law.

CLASS ACTION WAIVER. **WE EACH AGREE THAT ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A MEMBER OF A CLASS, CONSOLIDATED OR REPRESENTATIVE ACTION.** If a court or arbitrator determines in an action between us that this Class Action

in Supply Chains Act of 2010 SB 657 Disclosure (/content/metro/en/desktop/metro/terms-conditions/california-transparency.html)

**AutoPay Terms & Conditions** (/content/metro/en/desktop/metro/terms-conditions/make-payment.html)

**MetroSMART Ride Terms and Conditions** (/content/metro/en/desktop/metro/terms-conditions/metrosmart-ride-terms.html)

**Overlay Approved for New Jersey 609 Area Code** (/content/metro/en/desktop/metro/terms-conditions/overlay-approved-new-jersey-609-area-code.html)

**New Dialing Procedure for New Jersey 609 Area Code** (/content/metro/en/desktop/metro/terms-conditions/new-dialing-procedure-new-jersey-609-area-code.html)

**Philadelphia 445 Area**

Waiver is unenforceable, the arbitration agreement will be void as to you. **If you choose to pursue your claim in court by opting out of the arbitration provision as specified above, this Class Action Waiver provision will not apply to you. Neither you, nor any other customer, can be a class representative, class member, or otherwise participate in a class, consolidated or representative proceeding without having complied with the opt-out requirements above.**

**JURY TRIAL WAIVER.** If a claim proceeds in court rather than in arbitration, **WE EACH WAIVE ANY RIGHT TO A JURY TRIAL**.

ARBITRATION INVOLVES A FAIR HEARING BEFORE A NEUTRAL ARBITRATOR RATHER THAN A JUDGE OR JURY. THE ARBITRATOR MAY AWARD DECLARATORY OR INJUNCTIVE RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY NAMED IN THE ARBITRATION PROCEEDING AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S INDIVIDUAL CLAIM.

Unless otherwise provided by applicable law, or otherwise in this Agreement, neither party has the right to bring a Dispute or other legal action under this Agreement more than one (1) year after the Dispute arose.

**3. * Your Term of Service.** You are a month-to-month customer. If you terminate your Service, your termination will be effective at the end of your current billing month (unless you port-out your number), and you will remain responsible for all fees and Charges for your Service and usage through the end of that period. If we terminate your Service, we will determine the date of termination, and you will be responsible for all usage and Charges through the date of termination. You can request that we port your number to another carrier, and Service for that number will be terminated when the porting is complete. If you port your number, you will be responsible for all usage and Charges until the port-out is complete.

The Services are provided via Rate Plans under which you do not pay metered "per minute" charges for service. In an effort to offer this Service on a reliable basis, Metro by T-Mobile may discontinue providing Service to you, change the services provided to you, change your Rate Plan, reduce the speed of any service provided, restrict the amount of use of any service, change the services and features in your Rate Plan, discontinue your account, or discontinue or limit providing connections to particular telephone numbers, countries, destinations, providers, features, requested or called by you or the provision of certain services in certain areas, such as pursuant to roaming arrangements, or services that appear likely to generate abnormally high use, or other disproportionate use when compared to those of other customers of Metro by T-Mobile (as described below under Section 24 "Your Use Of The Service") or which may be harmful, disruptive, or interfere with Metro by T-Mobile' system or services to other customers. We may provide notice to you prior to taking any of the foregoing actions, but you acknowledge and agree that we are not required to provide notice and you agree that we may take any of the foregoing actions without providing notice you. By initiating service and placing calls or using any other service on the Metro by T-Mobile system, you acknowledge and agree to Metro by T-Mobile' ability to modify or terminate your Service under these circumstances.

**4. Return Policy and Refund Policy.** For Metro by T-Mobile Device and accessory returns and exchanges, see the applicable return policy, which is available at your place of purchase. Amounts paid for Service charges are

Feedback

non-refundable. If your Service is terminated for any reason and you have a positive balance in your Service account, you will not be entitled to receive any refund.

Code Notification (/content/metro/en/desktop/metro/terms-conditions/philadelphia-445-area-code-overlay-notification.html)

Sacramento 279 Area Code (/content/metro/en/desktop/metro/terms-conditions/sacramento-279-area-code.html)

San Diego Area Codes (/content/metro/en/desktop/metro/terms-conditions/san-diego-area-codes.html)

Orlando 689 Area Code (/content/metro/en/desktop/metro/terms-conditions/orlando-689-area-code.html)

Overlay Approved for Alabama 205 Area Code (/content/metro/en/desktop/metro/terms-conditions/overlay-approved-alabama-205-area-code.html)

Ohio 937 Area Code (/content/metro/en/desktop/metro/terms-conditions/ohio-937-area-code.html)

Metro Tax (/content/metro/en/desktop/metro/terms-

**5. Changes to Your Service.** This Section describes how changes may be made to your Agreement, is subject to requirements and limitations imposed by applicable law, and will not be enforced to the extent prohibited by law. We may change the price and structure of your Rate Plan, modify the various Rate Plans, change the price of the various Rate Plans, change the services included in a Rate Plan, or change the requirements of eligibility for Rate Plans, at any time without prior notice to you. You may designate others to manage or make changes to your account ("Authorized Users"). You and any Authorized Users on your account will have access to all account information. If you give your personal account validation information to others, they can access, and may be able to make changes to your account just as you can, including incurring charges for which you are responsible. Those changes will be binding on you. Metro by T-Mobile takes no responsibility for changes made to your account by any Authorized User.

With respect to domestic long distance, roaming, international long distance, and any other service provided by us (or to us by third parties), we may change the locations and destinations where such Services may be used and/or are offered or placed in specific Rate Plans, or the rates and terms applicable to such locations and destinations, without prior notice to you. Certain charges may be imposed by third parties and Metro by T-Mobile may, as an accommodation, allow such charges to be paid through Metro by T-Mobile.

YOU HAVE THE RIGHT TO REFUSE TO ACCEPT THESE RATE PLAN CHANGES. IF YOU DO NOT WANT TO ACCEPT THE RATE PLAN CHANGES, YOU MUST NOTIFY US IN WRITING WITHIN TEN (10) DAYS OF THE DATE OF THE CHANGE THAT YOU WISH TO TERMINATE SERVICE. IF YOU DO NOT NOTIFY US THAT YOU WISH TO TERMINATE SERVICE WITHIN THAT TIME AND/OR IF YOU CONTINUE TO USE THE SERVICE AFTER THE RATE PLAN CHANGES, YOU ACCEPT THE CHANGES. NOTWITHSTANDING ANY TERMINATION, AMOUNTS PREVIOUSLY PAID ARE NON-REFUNDABLE.

**6. Our Rights to Make Changes.** We may change this Agreement at any time. If you are an existing customer, you will be notified at least ten (10) days, unless a longer period is required, in advance of any proposed changes that may result in more restrictive terms or conditions in this Agreement. Any such changes to this Agreement will be effective after that time period.

YOU HAVE THE RIGHT TO REFUSE TO ACCEPT THE CHANGES. IF YOU DO NOT WANT TO ACCEPT THE CHANGES, YOU MUST NOTIFY US IN WRITING WITHIN TEN (10) DAYS OF THE DATE OF THE CHANGE NOTICE THAT YOU WISH TO TERMINATE SERVICE. IF YOU DO NOT NOTIFY US THAT YOU WISH TO TERMINATE SERVICE WITHIN THAT TIME AND/OR IF YOU CONTINUE TO USE THE SERVICE AFTER NOTIFICATION OF THE CHANGES, YOU ACCEPT THE CHANGES.

**7. * Your Wireless Device and Compatibility with Other Networks and Equipment.** You may buy a wireless device to use on our Service from us or someone else, but it must, as solely determined by us, comply with Federal Communications Commission regulations, be certified for use on our network, and be compatible with, and not potentially harm, our Service or our network. Our Services will only work with wireless devices compatible

Feedback

conditions/metro-
tax.html)

with our network and not all services are available with all wireless devices or on all networks. Some features and Rate Plans will be available only on Metro by T-Mobile wireless devices purchased from us. At times we may remotely change your wireless device's software, applications or programming, without notice to address security, safety, or other issues that impact our network or your device. These changes will modify your wireless device and may affect or erase data you have stored on your wireless device, or how you have programmed or use your wireless device. A Metro by T-Mobile wireless device is designed to be used only with our service and on our network. Your wireless device may not work with another wireless network, or the other wireless carrier may not accept your wireless device on its network. If your wireless device was purchased from Metro by T-Mobile or an authorized Metro by T-Mobile dealer, the wireless device has a software programming lock that will prevent the wireless device from operating with other compatible wireless telephone carriers' services. Please see www.metrobyt-mobile.com/unlockpolicy for information regarding our software programming unlocking policy. Your wireless device may contain sensitive or personal information. Metro by T-Mobile is not responsible for any information on your wireless device, including sensitive or personal information. If possible, you should remove or otherwise safeguard any sensitive or personal information when your wireless device is out of your possession or control, including, but not limited to, relinquishing, exchanging, returning or recycling your wireless device. By providing your wireless device to us, you agree that our employees, contractors or vendors may access all of the information on your wireless device.

**8. Service Availability.** Service is limited to the operating range, spectrum, and capacity of our, or our roaming partners', wireless system in your service area. Your Service area is the area depicted in the coverage map available to you when you activated Service and may change from time to time without notice. Since Metro by T-Mobile uses different spectrum in different areas of the country, service may not be available on all wireless devices in all areas. We may, but are not obligated to, provide notice when you are being served by a carrier other than ourselves. The specific network coverage you get will depend on the radio transmissions your wireless device can receive and use, and the Services you have chosen. **Specific Services may not be available on all wireless devices at all points in time due to wireless device hardware and/or software, changes to our network, network infrastructure, cessation of specific Services, or service by carriers other than ourselves.** Except for 911 calls and any "roaming" service to which you have subscribed, you will not be able to use your wireless device outside of your service area for any calls, including local, long distance and international calls. Further, since services outside Metro by T-Mobile's service area are provided by third parties, not all services may work outside your service area. **Service depends on over-the-air radio transmissions. Our coverage maps provide high level estimates of our coverage areas when using Services outdoors under optimal conditions. Coverage is not available everywhere and depends on the Service purchased and the wireless device used. Service speeds are not guaranteed and actual speeds will vary. Estimating wireless coverage, signal strength and Service speed is not an exact science. There are gaps in coverage within our estimated coverage areas that may result in dropped and/or blocked connections, slower Service speeds, or otherwise impact the quality of Service. Many factors beyond our control affect your ability to make and receive calls on your wireless device, the quality of those calls, and the speed of your Service including, but not limited to, your location, the conditions of the atmosphere, terrain, nearby buildings and other structures,**

Feedback

network capacity issues, system outages, failure of equipment to operate as expected, spectrum used, problems that occur with service we purchase from third parties, system upgrades, performance of system maintenance, accidents, network problems, network or Internet congestion, software, signal strength, your wireless device, weather, geography, topography, server speeds of the websites you access or other events outside of our control. As a result, sometimes Service, including calls or attempted calls to emergency services like 911, may be unavailable, interrupted or may fail, and the quality of calls may sometimes be poor. Metro by T-Mobile takes no responsibility for Service interruptions or problems caused by factors beyond our control. Any statements by Metro by T-Mobile, its employees, representatives or agents about the coverage of our system are intended only to describe Metro by T-Mobile's approximate coverage in your service area. You should not interpret any such statement to mean that Service will be available or without interruption in any service area.

**9. Location Based Services; Important Emergency and 9-1-1 Information; and Emergency Alerts.** When making a 911 call, always state the nature of your emergency and provide both your location and phone number, as the operator may not automatically receive this information. **Metro by T-Mobile is not responsible for failures to connect or complete 911 calls or if inaccurate location information is provided. 911 service may not be available or reliable and your ability to receive emergency services may be impeded.** Services that rely on location information, such as E911, GPS navigation, and our wireless network depend on your wireless device's ability to acquire satellite signals and network coverage. Unlike traditional wireline telephones, depending on a number of factors (for example, where you are, whether local emergency service providers have upgraded their equipment, etc.), 911 operators may not know your telephone number, your location or the location of your wireless device. Other third party entities are involved in connecting a 911 call. Metro by T-Mobile makes no guarantee that emergency 911 calls will be routed to a specific Public Safety Answering Point ("PSAP") or any particular public safety organization (for example, police department, fire department, ambulance services, etc.). Metro by T-Mobile takes no responsibility for the acts or omissions of any PSAP or any public safety organization (for example, police department, fire department, ambulance services, etc.). In certain circumstances, an emergency call may be routed to a state patrol dispatcher or alternative location set by local emergency service providers. Enhanced 911 service ("E911"), where enabled by local emergency authorities, uses GPS or network technologies to provide location information. Even when available, however, E911 does not always provide accurate location information, and in some cases may not generate a location at all. If your wireless device is indoors or for some other reason cannot acquire a satellite signal, you may not be located. Some wireless devices have a safety feature that prevents use of the keypad after dialing 911. You should follow voice prompts when interacting with emergency service providers employing Interactive Voice Response ("IVR") systems to screen calls. While your wireless device is receiving a software update, you may be unable to use your wireless device in any manner until the software update is complete. If you are porting a phone number to or from us, we may not be able to provide you with some Services, such as 9-1-1 location services, while the port is in process. Your wireless device may require you to elect to use location based services, or you may choose to use location based services, other than E911. If you elect to use non-E911 location based services, you agree that we may use the location information transmitted from your wireless device to improve our location services. Your

personal, biographical and calling information will not be used by us. By electing to use location based services, you agree and authorize us to send targeted, location based information to your mobile device and also to use or provide to third parties your location information in an aggregate form. **Emergency Alerts.** Metro by T-Mobile has chosen to offer wireless emergency alerts, within portions of its coverage area, on wireless alert capable Devices. There is no additional charge for these wireless emergency alerts. For details on the availability of this service and wireless emergency alert capable Devices, please visit https://www.metrobyt-mobile.com/terms-conditions/wireless-emergency-alerts.html .

**10. \* Data Plans and Other Features. Data Access.** Depending on your Rate Plan, your usage of Data Access may be metered by Us. Your Rate Plan may include a Data Access usage limit, such as 2 GB per service cycle. We shall determine in our sole discretion what data usage constitutes Data Access and reserve the right to alter, make additions to or deletions to what type of data usage, or protocols, constitute Data Access without notification to you. Data Access may include, for example, multimedia streaming and video on demand services, as well as certain multimedia uploads, downloads and gaming services and applications. Uploads are data sessions where the data is transferred from your Wireless Device to some other computer or wireless device, while downloads are data sessions where the data is transferred from some other computer or wireless device to your Wireless Device. Depending on your Rate Plan, certain usages may not count against your Data Access limit. Data Access does not include any data services or uses which are prohibited by Us under this Agreement, such as in the MetroWEB Terms of Use. Data Access usage includes, but is not limited to, the actual data sent and received along with overhead, header packets, and may include other information sent in connection with a data session in which Data Access occurs. Data Access on networks not owned by us, such as when you are roaming, may not be available or may be further limited. Charges and availability are based on the location of the cell site receiving and transmitting the Data Access service and not your location.

The absolute capacity of the wireless data network is limited. Accordingly, Data Access is only provided for prescribed purposes and pricing for Data Access is device dependent and based on the transmit and receive capacity of each device. A Data Access pricing plan designated for one type of device may not be used with another device. Compatible data-enabled wireless devices are required.

You acknowledge and agree that your Data Access usage and speed may vary depending on certain factors outside of our control. Such factors may include the amount of users on the service, network congestion, the distance to the serving cell site, the number of users served by your serving cell site, the management of backhaul at the serving cell site, any application(s) you are using for your data session, the screen size of your Wireless Device, the bit rate(s) of your data session, the type(s) and amount(s) of compression used by the computers or wireless devices involved in the data session, and any error(s) that might occur in the data session. We also manage our network to facilitate the proper functioning of services that require consistent high speeds, such as video calling, which may, particularly at times and in areas of network congestion, result in reduced speeds for other services. Additionally, we may implement other network management practices, such as deploying streaming video optimization technology and prioritizing all Smartphone Mobile Hotspot (tethering) data below on-device data. This technology is intended to

Feedback

Metro by T-Mobile | Terms and Conditions of Service - Metro PCS

manage data usage on the network, reduce the risk of streaming video stalling and buffering, and reduce the amount of high-speed data consumption used for streaming video. Streaming video optimization improves streaming video reliability as well as makes room for other users to enjoy higher browsing speeds. The streaming video optimization process is agnostic as to the streaming video content itself and to the website that provides it. While most changes to streaming video files are likely to be indiscernible, the optimization process may minimally impact the appearance of the streaming video as displayed on a user's device. These practices operate without regard to the content itself or the source of the content, and do not discriminate against offerings that might compete against those offered by Metro by T-Mobile on the basis of such competition. In order to assess your usage during an applicable service cycle, you may obtain approximate usage information by using one of our automated systems. Any application on your Wireless Device which describes the amount of data usage does not necessarily reflect your usage of Data Access. We may provide a meter for your use in one or more locations accessible by you. Any meter provided for your use may deliver readings higher or lower than your actual Data Access usage, or deliver readings that are higher than your actual Data Access usage because of the units of measurement used by Us. Any reading delivered by any meter we provide for your use will have inherent inaccuracies and may not provide up to the minute or second accuracy. Further, any reading delivered by any meter We provide for your use may only be completely accurate if your Wireless Device is turned off and not transmitting or receiving any data from any data session.

**Network Traffic Management.** Metro by T-Mobile reserves the right to manage our network and the traffic on our network in the way we believe best benefits our customers and best enables us to maintain Service of the nature described in this Agreement. We have determined that our ability to provide Service to our customers is disrupted when you place an abnormally high number of calls, repeatedly place calls which result in abnormally long call lengths, high or disproportionate use, or otherwise use our Services or network in excess of our expectations for the normal amount of use by our customers. Other examples of prohibited uses can be found in Section 17. If you use your service in a manner that could interfere with other customers' service, affect our ability to allocate network capacity among customers or degrade service quality for other customers, we may suspend, terminate, or restrict your Service. Some elements of multimedia messages may not be accessible, viewable, or heard due to limitations on certain wireless phones, PCs, or e-mail. We reserve the right to change the multimedia message size limit at any time without notification. Text message notifications may be sent to non-multimedia messaging subscribers if they subscribe to text messaging. You may receive unsolicited messages from third parties as a result of visiting Internet sites, and a per-message charge may apply whether the message is read or unread, solicited or unsolicited.

To differentiate the services we sell, at times and at locations where there are competing customer demands for network resources, we give the data traffic of customers who choose T-Mobile-branded services precedence over the data traffic of customers who choose non-T-Mobile-branded services such as Metro by T-Mobile. Where the network is lightly loaded, a Metro by T-Mobile customer will notice little, if any, effect from having lower priority. This will be the case in the vast majority of times and locations. At times and at locations where the network is heavily loaded in relation to

Feedback

available capacity, however, Metro by T-Mobile customers will likely see reductions in data speeds, especially if they are engaged in data-intensive activities. Customers on Rate Plans and Devices with 4G capability should, for example, be aware that these practices may occasionally result in speeds below those typically experienced on our 4G LTE and HSPA networks. Metro by T-Mobile constantly works to improve network performance and capacity, but there are physical and technical limits on how much capacity is available, and at constrained locations, the frequency of heavy loading in relation to available capacity may be greater than at other locations. When network loading goes down or the Metro by T-Mobile customer moves to a location that is less heavily loaded in relation to available capacity, the Metro by T-Mobile customer's speeds will likely improve.  See www.metrobyt-mobile.com/openinternet (https://www.metrobyt-mobile.com/openinternet) for details.

Metro by T-Mobile also reserves the right to restrict, or otherwise prevent access to services, countries, carriers, destinations that Metro by T-Mobile determines, in its sole discretion, are inconsistent with the nature of Service provided by Metro by T-Mobile, are indicative of uses not permitted hereunder, or result in abnormally long calls, or abnormally high usage. We also may block calls to telephone numbers at the request of the called party.

**11. * Content and Applications.** You can purchase Content and Applications (for example, downloadable, streaming or networked applications, wallpapers, ringtones, games, productivity tools and video) ("Content and Apps") for and with your compatible wireless device. Some Content and Apps that you can purchase with your wireless device are not sold by Metro by T-Mobile and for such Content and Apps, you can identify the third party seller at the point of purchase. Metro by T-Mobile is not responsible for such Content and Apps, including download, installation, use, transmission failure, interruption, or delay, or any content or website you may be able to access through the Content and Apps. Any support questions for such Content and Apps should be directed to the third party seller identified at the point of purchase. When you download or install any Content and Apps sold by a third party seller, you may be subject to license terms between you and the third party seller and Content and Apps creator/owner. When you use, install, display, run, or listen to Content and Apps that you purchase from Metro by T-Mobile, the Content and Apps are licensed to you by Metro by T-Mobile and may be subject to additional license terms between you and the creator/owner of the Content and Apps. Whether purchased from Metro by T-Mobile or a third party seller, any Content and Apps you purchase are licensed for personal, lawful, non-commercial use on your wireless device only. You may not transfer, copy, or reverse engineer any Content and Apps, or alter, disable or circumvent any digital rights management security features embedded in the Content and Apps. Content and Apps may not be transferable from one wireless device to another wireless device. You understand and agree that the Content and Apps contain the intellectual property of third parties. You understand and agree that the Content and Apps are protected by law (including copyright law) and are solely for your personal, non-commercial use. You agree to comply with all applicable laws (including copyright law), and may only make such copies as are reasonably necessary for your personal and non-commercial use. You agree that any other redistribution, reproduction, transmission, communication, sale, use (including, except in the case of Ringtones, as a "ringer" for a telephone), broadcast, public performance, rental or lending, adaptation, sub-license or other use of the Content and Apps without the prior written consent of the copyright owner is prohibited. You understand and agree that all rights not expressly granted herein are

Feedback

reserved by the applicable content owner. **Third Party Applications.** Your location can be identified while using GPS applications. It is your responsibility to notify Authorized Users that their location can be identified while using GPS applications. If you use a third party application, the application may access, collect, use or disclose your personal information or require Metro by T-Mobile to disclose your information, including location information (when applicable), to the application provider or some other third party. If you access, use or authorize third party applications through the Services, you agree and authorize Metro by T-Mobile to provide information related to your use of the Services or the application(s). You understand that your use of third party applications is subject to the third party's terms and conditions and policies, including the third party's privacy policy. You agree that any Authorized User may access, use or authorize Metro by T-Mobile or third party location-sensitive applications through the Services. You understand that your use of such location-sensitive applications is subject to the application's terms and conditions and policies, including its privacy policy. If you activate location-sensitive services for wireless devices used by other Authorized Users, you agree to inform the Authorized User(s) of the terms of use for location-sensitive applications and that the wireless device may be located. For additional information on location-sensitive services, see our Privacy Policy at our website.

**12. * Off-Net Usage and Roaming. Off-Net Usage.** Your wireless device may connect to another provider's network ("Off-Net") even when you are within our service area. Our Services and Rate Plans are designed for you to use your Service each month predominantly using our networks. You must use your wireless device predominantly within the Metro by T-Mobile owned network coverage area. If your minutes of use, text messaging usage, or data usage are not predominantly on our networks ("Off-Net Usage"), or are excessive, abnormally high, or cause Metro by T-Mobile to incur too much cost, Metro by T-Mobile may, at its option and sole discretion, limit or terminate your service, deny your continued use outside the areas served by our network or on other carriers' coverage, or change your Rate Plan. Metro by T-Mobile will provide you with advance notice that it intends to take any of the above actions. **Roaming.** Nationwide roaming requires multi-band wireless devices and is not available with single-band wireless devices, certain other wireless devices, or to customers residing outside their home area. Data services and certain features (for example, Voicemail, Caller ID, Call Waiting, Location Services, etc.) may not be available in all roaming areas. The term "roaming" typically refers to coverage on another carrier's network that we may make available to you based on our agreements with other carriers. These agreements may change from time to time and roaming coverage and available services are subject to change without notice. Your ability to roam depends on the radio transmissions your wireless device can receive and use, and the availability of roaming coverage. We make no guaranty that roaming coverage will be available. Roaming coverage may exist both within and outside our network coverage areas. Depending on your Services, separate charges or limits on the amount of minutes used while roaming may apply. We may, but you agree we are not obligated to, provide you with notice when you are roaming. **YOU AGREE TO HOLD METRO BY T-MOBILE HARMLESS AGAINST ANY AND ALL CLAIMS, DEMANDS, ACTIONS, OR OTHER CAUSES OF ACTION (INCLUDING ACTIONS BY THIRD PARTIES) ARISING OUT OF, RELATING TO, OR IN CONNECTION WITH THE USE OR ATTEMPTED USE OF THE SERVICE.**

Feedback

**13. * Charges; Taxes and Fees.** You agree to pay for all charges for Service ("Service Charges"), including, but not limited to the following: (1) recurring monthly or weekly access charges; (2) charges and taxes for optional Service features that you select, including long distance and directory assistance (411) calls and other optional features, such as ringtone downloads; (3) any Service reconnection charges that may apply, such as a reactivation fee; and (4) all applicable taxes and regulatory charges whether assessed directly on you or us; provided, however, that for certain tax inclusive Rate Plans, only applicable taxes and regulatory charges may be included in the Rate Plan price. You must pay all taxes, fees and surcharges set by federal, state and local governments. To determine taxes, fees and surcharges, we will use the street address you identified as your Place of Primary Use ("PPU" or "Service Address"). If you did not identify the correct PPU, or provided an address that is not a recognized street address, such as a PO Box, does not identify the applicable taxing jurisdictions or does not reflect the Service area associated with your telephone number, you may be assigned a default PPU for tax purposes. You acknowledge and agree that a default PPU may affect your ability to receive E-911 assistance and you agree to indemnify and hold us harmless for any claims relating to your failure to provide a valid PPU. In addition, if you are not on a tax-inclusive plan, you agree to pay all regulatory administration charges ("Regulatory Administration Charges"), which may include, but are not limited to, Federal Universal Service, various regulatory charges, our administrative charges, gross receipts charges, margin taxes, and charges for the costs we incur in complying with governmental programs. Regulatory Administration Charges are not taxes and are not required by law. We set these charges, and the amounts and what they include may change without notice. They are rates we choose to collect from you and are kept by us in whole or in part. The number and type of Regulatory Administration Charges may vary depending upon the PPU of the wireless device and can change over time. We determine the rate for these charges and these amounts are subject to change as are the components used to calculate these amounts. Changes to taxes, fees and surcharges will become effective as provided by the taxing authority and changes to Regulatory Administration Charges shall be effective immediately. You are responsible for all Charges to your account, whether or not you were the user of the wireless device. If your wireless device gets lost or stolen, you agree to notify us immediately, so we can suspend your Service to prevent someone else from using it. After your Service is suspended, you will not be responsible for additional usage charges incurred in excess of your Rate Plan Charges, applicable taxes, fees, and Surcharges. If you request that we not suspend your Service, you will remain responsible for all usage, Charges incurred, and applicable taxes and fees. We may prevent a lost or stolen wireless device from registering on our and other networks. Wireless access to corporate/employee email may require additional server or server access, licenses, or additional requirements which may incur additional charges. By requesting wireless access to corporate/employee email, you agree to pay any of these additional charges. **Charges for Third-Party Services.** Certain parties besides Metro by T-Mobile have the ability to place charges on your account for their services. You may access these services and authorize the placement of charges on your account through your phone or online account. Metro by T-Mobile also provides customers, at no additional cost, with the ability to restrict the placement of charges for third-party services on your account. Contact customer care at 1-888-8metro8 or go to www.metrobyt-mobile.com/blocking for more information.

**14. * Payments and Late Fees.** Service Charges must be paid in advance and are due before the first day of your service cycle. Service Charges cannot be paid in arrears. Unless otherwise specified in your Rate Plan, monthly service cycles are approximately 30 days long. The dates of your monthly or weekly service cycle and other dates related to your account may change from time to time. You must promptly notify us of any change in your account address.

As a convenience, you may authorize recurring payment of your Service Charges through a credit or debit card or bank transfer authorization; this authorizes us to charge all amounts you owe us to the credit or debit card or bank transfer authorization up to five (5) days prior to the due date and to demand immediate payment from the card or debit issuer or bank. We may change the day on which we charge your credit or debit card, in our sole and exclusive discretion, but in no event will that day be more than five (5) days prior to the due date.

Unless required by law, we will not give any additional notice to you or obtain additional consent from you before charging Service Charges to that credit or debit card. You must promptly notify us of any change in the credit or debit card or bank transfer authorization you want to use for payment. You may also make a payment by credit or debit card online at www.metrobyt-mobile.com or through the automated Metro by T-Mobile IVR. In addition, you may pay your Service Charges by sending a check or money order by mail to P.O. Box 5119, Carol Stream, Illinois, 60197-5119, or by bringing cash, check, or money order in person to any Metro by T-Mobile store or authorized payment center. You may be required to pay an additional service charge, depending on the payment method you choose. This information is available at MetroPCS.com. In addition, we may charge an additional fee up to the maximum amount permitted by law for any check or other negotiable instrument tendered by you and returned unpaid by a financial institution for any reason. We reserve the right, in our sole discretion, to require that you pay your Service Charges with cash, certified check, cashier's check, or money order. We also reserve the right to report any check returned to us to reporting and credit agencies and law enforcement.

**15. * Your right to Dispute Charges.** Your payment will be considered late if we do not receive it before the first day of the service cycle for which the payment is due. If you do not make all payments when they are due, you will be in default under this Agreement, and Metro by T-Mobile will be entitled to exercise any rights it may have under this Agreement, including the suspension or termination of Service to you. If we accept a late or partial payment, even if you mark the payment "paid in full," we do not waive our rights to suspend or terminate your Service or any other rights we may have. If your Service is terminated and you promptly pay amounts that are overdue, Metro by T-Mobile, in its sole discretion, may reconnect your Service after you have paid any reconnection fees we have imposed. In such case, your service cycle anniversary date will not change, which will result in fewer days of service for that month. If you have a dispute regarding the Charges to your account, or about the Services provided to you, you agree to notify us of the dispute within 60 days after the date you first receive the disputed Charge ("Dispute Period"), unless otherwise provided by law. If you do not notify us of your dispute in writing within the Dispute Period, you have waived such claim and will be forever barred and estopped from raising, or making a claim for such dispute and you may not pursue a claim in arbitration or in court. Unless otherwise provided by law, you must pay disputed Charges until the dispute is resolved. If you accept a credit, refund or other compensation or benefit to resolve a disputed Charge, you agree

Feedback

that the issue is fully and finally resolved and such credit shall act as an accord and satisfaction. In the event of a lost or stolen wireless device, for Charges incurred before you notify us, you are not liable for charges you did not authorize, but the fact that your wireless device or service was used is some evidence of authorization. You may request that we investigate Charges you believe were unauthorized. We may ask you to provide information and you may submit information to support your request. If we determine the charges were unauthorized, we will credit your account. If we determine the charges were authorized, we will inform you within 30 days and you will remain responsible for the charges.

**16. * Notices and Customer Communications.** You expressly consent to be contacted, by Metro by T-Mobile or anyone calling on its behalf, for any and all purposes, at any telephone number, or physical or electronic address where you may be reached, including any wireless telephone number. You agree that Metro by T-Mobile may contact you in any way, including, pre-recorded or artificial voice or text messages delivered by an automatic telephone dialing system, or e-mail messages delivered by an automatic e-mailing system. You agree that we also have the consent to contact any Authorized User on your account for Service or payment related reasons. Any such notice will be treated as provided to you when left with you, on your wireless device, on your answering/voicemail service, or by email or fax to any email or fax number you provided to us, or 3-days after mailing to your last known address as shown in our records. Your consent to be contacted may be revoked only if it is in writing and is with Metro by T-Mobile's express agreement. You must notify us of any address changes. Failure to notify us of a change in your address constitutes a breach of this Agreement and grounds for possible suspension or termination of your Service. If you have any questions regarding your Service or information in this Agreement, you may contact our Customer Care department at www.metrobyt-mobile.com (http://www.metrobyt-mobile.com/), by calling 1-888-8metro8, or by writing us at Metro by T-Mobile, P.O. Box 601119, Dallas, Texas 75360-1119.

**17. * Misuse of Service or Device**. **By activating or renewing Service with Metro by T-Mobile, you agree that you do so because you want Service from Metro by T-Mobile and not for any other purposes. You agree not to misuse the Service or Device, including but not limited to: (a) reselling our Service; (b) using the Service or Device to engage in unlawful activity, or in conduct that adversely affects our customers, employees, business, or any other person(s), or that interferes with our operations, network, reputation, or ability to provide quality service, including, but not limited to, the generation or dissemination of viruses, malware or "denial of service" attacks; (c) using the Service as a substitute or backup for private lines or dedicated data connections; (d) tampering with or modifying your Metro by T-Mobile Device; (e) "spamming" or engaging in other abusive or unsolicited communications, or any other mass, automated voice or data communication for commercial or marketing purposes; (f) reselling Metro by T-Mobile Devices for profit, or tampering with, reprogramming or altering Metro by T-Mobile Devices for the purpose of reselling the Metro by T-Mobile Device; (g) using the Service in connection with server devices or host computer applications; (h) using applications which automatically consume unreasonable amounts of available network capacity; (i) using applications which are designed for unattended use, automatic data feeds, automated machine-to-machine connections, or applications that are used in a way that degrades network capacity or functionality; or (j) assisting or facilitating anyone else in any of the above activities. Unless authorized by Metro by T-Mobile, you agree that you won't install, deploy, or use any regeneration equipment or similar mechanism (for example, a repeater or**

Feedback

7/18/2019                Metro by T-Mobile Terms and Conditions Of Service | Metro...

Case 0:19-cv-61664-RS   Document 5-4   Entered on FLSD Docket 08/02/2019   Page 31 of 39

signal booster) to originate, amplify, enhance, retransmit or regenerate a transmitted RF signal and, unless authorized by Metro by T–Mobile, you agree that you will not use a telephone number on the Metro by T–Mobile network for any purpose but for access to the public switched telephone network.

Metro by T–Mobile also reserves the right, in its sole discretion, to exclude from your Service, 9xx, 7xx, 5xx, and 8xx telephone numbers as well as other telephone numbers or services. We also may block calls to telephone numbers at the request of the called party.

You can't use our Services: (a) in a way that could cause damage or adversely affect any of our other customers or our reputation, network, property or Services; or (b) in any way prohibited by the terms of our Services, the Agreement or our Policies. We can take any action to: (1) protect our network, our rights and interests, or the rights of others; (2) optimize or improve the overall use of our network and Services; or (3) prevent usage that is indicative of uses not permitted hereunder. Some of these actions may interrupt or prevent legitimate communications and usage, such as message filtering/blocking software to prevent spam, viruses, or autodialed calls or SMS messages.  For additional information on what we do to protect our customers, network, Services and equipment, see our Privacy Policy, MetroWEB Terms of Use, and Online Terms of Use at our website at www.metrobyt-mobile.com. We use filters to block spam messages, but we do not guarantee that you will not receive spam or other unsolicited messages, and you agree that we are not liable for such messages. You agree that a violation of this Section harms Metro by T–Mobile, which cannot be fully redressed by money damages, and that we shall be entitled to immediate injunctive relief in addition to all other remedies available without the requirement to post a bond.

You agree you will not use our messaging services to send messages that contain advertising or a commercial solicitation to any person or entity without their consent. You will have the burden of proving consent with clear and convincing evidence if a person or entity complains you did not obtain their consent. Consent cannot be evidenced by third party lists you purchased or obtained. You further agree you will not use our messaging service to send messages that: (a) are bulk messages; (b) are automatically generated; (c) can disrupt our network; (d) harass or threaten another person; (e) interfere with another customer's use or enjoyment of our Services; (f) generate significant or serious customer complaints; (g) that falsify or mask the sender/originator of the message; or (h) violate any law or regulation. We reserve the right, but are not obligated, to deny, disconnect, suspend, modify and/or terminate your messaging service or messaging services with any associated account(s), or to deny, disconnect, suspend, modify and/or terminate the account(s), without notice, as to anyone using messaging services in any manner that is prohibited. Our failure to take any action in the event of a violation shall not be construed as a waiver of the right to enforce such terms, conditions, or policies. Advertising and commercial solicitations do not include messaging that: (1) facilitate, complete, or confirm a commercial transaction where the recipient of such message(s) has previously agreed to enter into with the sender of such message(s); or (2) provides account information, service or product information, warranty information, product recall information, or safety or security information with respect to a commercial product or service used or purchased by the recipient of such message. Although it is illegal for unauthorized people to intercept wireless device calls intended for others, Metro by T–Mobile cannot guarantee the complete privacy of your calls.

Feedback

Wireless calls by nature may be intercepted by third parties. METRO BY T-MOBILE SHALL NOT BE LIABLE TO YOU OR TO ANY THIRD PARTY FOR ANY INTERCEPTION BY THIRD PARTIES OF COMMUNICATIONS FROM ITS SYSTEM. Additionally, Metro by T-Mobile does not necessarily encrypt your calls.

You agree that a violation of this Section harms Metro by T-Mobile, which cannot be fully redressed by money damages, and that Metro by T-Mobile shall be entitled to immediate injunctive relief in addition to all other remedies available.

**18. Our Rights to Limit or End Service or the Agreement.** WE MAY LIMIT, SUSPEND OR TERMINATE YOUR SERVICE OR AGREEMENT WITHOUT NOTICE FOR ANY REASON, including, but not limited to: (1) if you, any user of your wireless device, or any user on your account: (a) breaches this Agreement; (b) lives in an area where we don't provide Service; (c) have Off-Net Usage which makes it uneconomical for us to provide Service to you; (d) resells your Service; (e) uses your Service for any purpose or in any way not permitted under this Agreement or for any illegal purpose, including uses that violate trade and economic sanctions and prohibitions promulgated by any U.S. governmental agency or engages in conduct that adversely affects our customers, employees, business, or any other person(s), or that interferes with our operations, network, reputation, or ability to provide quality service; (f) tampers with or modifies your wireless device; (g) engages in "spamming" or other abusive or unsolicited communications; (h) resells Metro by T-Mobile wireless devices for profit, or tampers with, reprograms or alters wireless devices for the purpose of reselling the wireless device; (i) installs, deploys or uses any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (j) steals from or lies to us; (k) interferes with our operations; (l) fails to follow our Policies; (m) provides false, inaccurate, dated or unverifiable identification or credit information; (n) modifies a wireless device from its manufacturer specifications; (o) fails to use our Services for an extended period of time; (p) fails to maintain an active wireless device in connection with the Service; (q) attempts to transfer Service to another person without our consent; (r) misuses your Service or wireless device; (s) uses your Service or wireless device in a manner that is excessive or unusually burdensome; (t) uses your service other than predominantly on our networks; (u) uses our Service in a way that exceeds our stated Policies for use; or (v) assists or facilitates anyone else in any of the above activities. You agree that you, any user of your wireless device or any account manager on your account won't (1) install, deploy, or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate a transmitted RF signal, unless authorized by Us; (2) threaten, harass, abuse, offend or use vulgar and/or inappropriate language toward our representatives or any person whom you call or contact using our Service; (3) interfere with our operations; (4) "spam," or engage in other abusive messaging or calling; (5) modify your wireless device from its manufacturer's specifications; or (6) use your Service in a way that negatively affects our network or other customers. We can also temporarily limit your Service for any operational or governmental reason; or if we have reason to believe that you are using our Service for any fraudulent, obscene, illegal, harassing, commercial or abusive purpose, such as for the transmission of or access to pornography or other services or materials that are obscene, cater to a prurient interest in sex, are patently offensive or are without redeeming social value, or if we believe the action protects our interests, any customer's interests or our network. Metro by T-Mobile is not required to provide you

Feedback

with any notification before suspending, restricting, or terminating your Service. We may impose usage or other limits to your Service, suspend your Service, or exclude certain types of calls, messages or sessions (such as international, 900 or 976 calls), in our sole discretion and without notice. If you promptly pay amounts that are overdue or cure any other breach of this Agreement, Metro by T-Mobile, in its sole discretion, may reconnect your Service after you have paid any reconnection fees we have imposed. In addition, you may terminate Service at any time by notifying us in writing at the address listed in Section 16 "Notices".

**19. \* Intellectual Property.** You agree not to infringe, misappropriate, dilute or otherwise violate the intellectual property rights or goodwill of Metro by T-Mobile or any third party. Except for a limited license to use the Services or wireless devices arising from the sale of a product, your purchase of Metro by T-Mobile wireless devices and Services does not grant you any license or right to copy, modify, reverse engineer, download, redistribute, or resell the intellectual property of Metro by T-Mobile or others related to the Services and Metro by T-Mobile wireless devices (or other wireless devices), which may be used only with Metro by T-Mobile Service unless expressly authorized in writing by Metro by T-Mobile. You agree that a violation of this Section harms Metro by T-Mobile, which cannot be fully redressed by money damages, and that Metro by T-Mobile shall be entitled to immediate injunctive relief in addition to all other remedies available. In conjunction with our rights under Section 18, it is Metro by T-Mobile's policy, in appropriate circumstances and in its sole judgment, to suspend, or terminate the Service of any subscriber, account holder or user who is deemed to be a repeat or blatant infringer of copyrights.

**20. Digital Millennium Copyright Act ("DMCA") Notice.** If you believe that material residing on our system or network infringes the copyright of you or any third party for whom you are authorized to act, notify us by using the notice procedure under the DMCA and described at https://www.t-mobile.com/Company/CompanyInfo.aspx? tp=Abt_Tab_ConsumerInfo&tsp=Abt_Sub_CopyrightDMCA and http://es.t-mobile.com/DMCA.htm for T-Mobile's Spanish website. After receiving notice, we may remove or disable access to any infringing material as provided for in the DMCA. There are substantial penalties for sending false notices.

**21. \* Privacy Information; CPNI.** Our Privacy Policy describes how we collect, use and share information related to your use of our Service and is available online at metropcs.com/terms-conditions/privacy (https://www.metrobyt-mobile.com/terms-conditions/privacy.html). We may change our Privacy Policy at any time to provide updates to or clarification of our practices. You should refer to our Privacy Policy often for the latest information and the effective date of any changes. In providing service to you, Metro by T-Mobile will receive information classified as "customer proprietary network information" or "CPNI" under federal law that is considered confidential, such as information regarding your usage of the Service, the technical configuration of such Service, the destination of telephone calls you make and the type of services you purchase. Metro by T-Mobile may use this information for certain purposes without further disclosure or consent, including the following: to provide you with Service; to market service offerings to you related to the Services you purchase; or to protect you, other Metro by T-Mobile users, Metro by T-Mobile and other carriers from fraud, abuse or unlawful use of its Service, and in aggregate not personally identifiable form to provide other Services. Metro by T-Mobile also may share such information with its affiliates, contractors, dealers, and third party

Feedback

agents for the limited purpose of making available to you communications-related offers and information that may be of interest to you. You have the right under federal law to request Metro by T-Mobile not to disclose your confidential information for the purpose of mailing communications-related offers, and Metro by T-Mobile has the duty to honor any such request. You may "opt out" of disclosure of your CPNI to Metro by T-Mobile affiliates and third party agents for the purpose of mailing communications related offers by sending a request in writing to: P.O. Box 601119, Dallas, Texas 75360-1119. Opting out will not affect Metro by T-Mobile'sprovision of Service to you. Additional information regarding our use of CPNI and other subscriber information is set forth in our Privacy Policy, which we incorporate herein by reference.

**22. * Disclaimer of Warranties: Wireless Devices, Accessories, and Retailed Equipment.** METRO BY T-MOBILE DOES NOT MANUFACTURE WIRELESS DEVICES OR RELATED ACCESSORY EQUIPMENT. YOUR WIRELESS DEVICES AND RELATED ACCESSORY EQUIPMENT COME WITH A SEPARATE WRITTEN LIMITED WARRANTY FROM THE MANUFACTURER. STATEMENTS BY METRO BY T-MOBILE OR METRO BY T-MOBILE EMPLOYEES AND AGENTS REGARDING THE WIRELESS DEVICES OR RELATED ACCESSORY EQUIPMENT SHOULD NOT BE INTERPRETED AS A WARRANTY BY METRO BY T-MOBILE. METRO BY T-MOBILE MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, ABOUT YOUR WIRELESS DEVICES OR ANY RELATED ACCESSORY EQUIPMENT, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS DISCLAIMER DOES NOT DEPRIVE YOU OF ANY RIGHTS YOU MAY HAVE AGAINST THE MANUFACTURER. WITHOUT LIMITATION, METRO BY T-MOBILE WILL NOT BE LIABLE TO YOU IN CONNECTION WITH: (1) THE MANUFACTURER'S WARRANTY; (2) ANY ACTIONS OR OMISSIONS OF THE MANUFACTURER; OR (3) ANY MALFUNCTION OR FAILURE OF THE WIRELESS DEVICE OR RELATED ACCESSORY EQUIPMENT.

**Disclaimer of Warranties: Services.** METRO BY T-MOBILE AND ITS VENDORS AND SUPPLIERS ("METRO BY T-MOBILE PARTIES") MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, TO YOU IN CONNECTION WITH, ARISING OUT OF, OR RELATING TO YOUR USE OF THE SERVICE. YOU ACKNOWLEDGE THAT SERVICE INTERRUPTIONS WILL OCCUR FROM TIME TO TIME AND AGREE TO HOLD THE METRO BY T-MOBILE PARTIES HARMLESS FOR ALL SUCH INTERRUPTIONS. IN NO EVENT SHALL METRO BY T-MOBILE PARTIES BE LIABLE FOR ECONOMIC LOSS, PERSONAL INJURIES, OR PROPERTY DAMAGE SUSTAINED BY YOU OR ANY THIRD PARTY ARISING FROM USE OF THE SERVICE OR THIS AGREEMENT. WE DO NOT GUARANTEE THAT YOUR COMMUNICATIONS WILL BE PRIVATE OR SECURE; IT IS ILLEGAL FOR UNAUTHORIZED PEOPLE TO INTERCEPT YOUR COMMUNICATIONS, BUT SUCH INTERCEPTIONS CAN OCCUR.

**23. * Exclusive Remedy; Waivers and Limitations of Liability.** YOU AGREE THAT YOUR SOLE AND EXCLUSIVE REMEDY FOR (i) OUR, OR OUR DEALER'S, AGENT'S, REPRESENTATIVE'S, VENDOR'S, SUPPLIER'S, OR OTHER CARRIER'S FAILURE TO PROVIDE YOU WITH SERVICE, OR METRO BY T-MOBILE'S FAILURE TO PERFORM HEREUNDER SHALL BE YOUR RIGHT TO HAVE METRO BY T-MOBILE RE-PERFORM SUCH SERVICE; OR (ii) UNLESS THE LAW FORBIDS IT IN ANY PARTICULAR

Feedback

CASE ANY FAILURE, MALFUNCTION, OR DEFECT RELATED TO, ARISING OUT OF, OR IN CONNECTION WITH ANY DEVICE, HANDSET, OR OTHER EQUIPMENT OR PRODUCT SUPPLIED OR PROVIDED BY US, SHALL BE YOUR RIGHT TO HAVE METRO BY T-MOBILE REPAIR, OR HAVE REPAIRED, REPLACE, OR HAVE REPLACED, SUCH DEVICE, HANDSET, OR OTHER EQUIPMENT OR PRODUCT. UNLESS THE EXCLUSIVE REMEDY SET FORTH IN THE PREVIOUS SENTENCE IS PROHIBITED UNDER APPLICABLE LAW, YOU AGREE TO LIMIT CLAIMS FOR DAMAGES OR OTHER MONETARY RELIEF AGAINST THE METRO BY T-MOBILE PARTIES, OR ANY SUPPLIER, AGENT, DEALER, REPRESENTATIVE, CARRIER, VENDOR OR MANUFACTURER, TO THE LESSER OF: (A) YOUR DIRECT DAMAGES; OR (B) THE PRORATED MONTHLY OR OTHER CHARGES YOU PAID OR OWE US FOR THE APPLICABLE SERVICE OR WIRELESS DEVICE FOR ONE MONTH'S SERVICE CHARGES. AS A MATERIAL PART OF THE CONSIDERATION PAID BY YOU FOR THE SERVICES PROVIDED BY METRO BY T-MOBILE OR ANY SUPPLIER, AGENT, DEALER, REPRESENTATIVE, CARRIER, VENDOR OR MANUFACTURER OF METRO BY T-MOBILE, UNDER THIS AGREEMENT, AND NOTWITHSTANDING ANY OTHER PROVISION HEREOF, YOU AGREE THAT UNDER NO CIRCUMSTANCES ARE WE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, TREBLE, PUNITIVE OR SPECIAL DAMAGES OF ANY NATURE WHATSOEVER ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH, INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, LOSS OF BUSINESS, OR COST OF REPLACEMENT PRODUCTS AND SERVICES, TO THE FULLEST EXTENT THE SAME MAY BE DISCLAIMED BY LAW. THIS MEANS THAT NEITHER OF US WILL SEEK ANY INDIRECT, SPECIAL, CONSEQUENTIAL, TREBLE, OR PUNITIVE DAMAGES FROM THE OTHER. THIS EXCLUSIVE REMEDY, LIMITATION AND WAIVER ALSO APPLIES TO ANY CLAIMS EITHER PARTY MAY BRING AGAINST THE OTHER PARTY TO THE EXTENT THAT IT WOULD BE REQUIRED TO INDEMNIFY THAT PARTY FOR SUCH CLAIM. THIS LIMITATION AND WAIVER WILL APPLY REGARDLESS OF THE THEORY OF LIABILITY, WHETHER FRAUD, MISREPRESENTATION, BREACH OF CONTRACT, PERSONAL INJURY, NEGLIGENCE, PRODUCT LIABILITY, OR ANY OTHER THEORY. YOU AGREE THAT THE FOREGOING ALLOCATION OF RISK SHALL, IN THE EVENT OF METRO BY T-MOBILE'S INABILITY, DESPITE GOOD FAITH EFFORTS, TO PROVIDE THE SERVICES OR THE PRODUCTS, REMAIN IN EFFECT REGARDLESS OF WHETHER THE EXCLUSIVE REMEDIES PROVIDED FOR UNDER THIS SECTION THEN SATISFY THE ESSENTIAL PURPOSES FOR WHICH THETY WERE INTENDED, OR OTHERWISE PROVIDE YOU WITH A FAIR QUANTUM OF RELIEF.

You agree that neither we nor our vendors, suppliers or licensors are responsible for any damages resulting from: (a) any action or omission by a third party; (b) providing or failing to provide Services, including, but not limited to, deficiencies or problems with a wireless device or network coverage (for example, dropped, blocked, interrupted Services, etc.); (c) traffic or other accidents, or any health-related claims relating to our Services; (d) data content or information accessed while using our Services; (e) an interruption or failure in accessing or attempting to access emergency services from a wireless device, including through 911, Enhanced 911 or otherwise; (f) interrupted, failed, or inaccurate location information services; (g) information or communication that is blocked by a spam filter; and (h) damage to your wireless device or any computer or equipment connected to your wireless device, or damage to or loss of any information stored on your wireless device, computer, equipment, or Metro by T-Mobile storage space

Feedback

from your use of the Services or from viruses, worms, or downloads of malicious content, materials, data, text, images, video or audio. You agree we aren't responsible for problems caused by you or others, or by any act of God or other events beyond our control, including acts of God (for example, weather-related phenomena, fire, earthquake, hurricane, etc.), riot, strike, war, terrorism or government orders or acts. You also agree we aren't liable for missed or deleted voice mails or other messages, or for any information, such as pictures, that gets lost or deleted if we service your wireless device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability in its favor that it imposes. You should implement appropriate safeguards to secure your wireless device, computer or equipment and to back-up your information stored on each.

**24. * Your Use Of The Service and Indemnification.** You agree to use the Service in accordance with this Agreement and to comply with all applicable laws. YOU AGREE TO DEFEND, INDEMNIFY, AND HOLD HARMLESS METRO BY T-MOBILE FROM ANY CLAIMS ARISING OUT OF, RELATING TO, OR IN CONNECTION WITH, USE OF THE SERVICE OR YOUR DEVICE, YOUR ACTS OR OMISSIONS, INCLUDING, BUT NOT LIMITED TO, ANY VIOLATION BY YOU OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE POLICIES, OR OF ANY APPLICABLE STATUTES, ORDINANCES, LAWS OR REGULATIONS OF ANY LOCAL, STATE, OR FEDERAL AUTHORITY, YOUR USE OF THE SERVICE OR DEVICE AND ANY INFORMATION YOU SUBMIT, POST, TRANSMIT OR MAKE AVAILABLE VIA THE SERVICE, FAILING TO PROVIDE APPROPRIATE NOTICES REGARDING LOCATION-SENSITIVE SERVICES, FAILURE TO SAFEGUARD YOUR PASSWORDS, BACKUP SECURITY QUESTION TO YOUR PASSWORD OR ANY OTHER ACCOUNT INFORMATION, OR THE RIGHTS OF ANY THIRD PARTY. Metro by T-Mobile may deny a request for Service from you for any lawful reason. Metro by T-Mobile also reserves the right to cease serving you if you are not acting in accordance with the terms of this Agreement or the Policies, to disconnect calls that are not in accordance with the terms and conditions of this Agreement or the Policies, and to cease providing services that are inconsistent with the terms and conditions of this Agreement or the Policies and the nature of the Service.

**25. * Enforceability and Assignment.** A waiver of any part of this Agreement in one instance is not a waiver of any other part or any other instance and must be expressly provided in writing. If we don't enforce our rights under any provisions of the Agreement, we may still require strict compliance in the future. Except as provided in Section 2, if any part of this Agreement is held invalid that part may be severed from the Agreement. You can't assign this Agreement or any of your rights or duties under it without our written consent. We may assign all or part of the Agreement or your debts to us without notice. Upon its transfer or assignment of this Agreement, Metro by T-Mobile shall be released from all liability with respect to this Agreement. This Agreement is the entire agreement between us and defines all of the rights you have with respect to your Service or wireless device, except as provided by law, and you cannot rely on any other documents or statements by any sales, service representatives or other agents. If you purchase a device, services or content from a third party, you may have a separate agreement with the third party; Metro by T-Mobile is not a party to that agreement. Any determination made by us pursuant to this Agreement, shall be in our sole reasonable discretion. Paragraphs marked "*" continue after termination of our Agreement with you.

Feedback

**26. * Choice of Law.** This Agreement is governed by the Federal Arbitration Act, applicable federal law, and the laws of the state in which your service address in our records is located, without regard to the conflicts of laws rules of that state. Foreign laws do not apply. Arbitration or court proceedings must be in the county and state in which your service address in our records is located, but not outside the U.S. If any provision of this Agreement is invalid under the law of a particular jurisdiction, that provision will not apply in that jurisdiction.

**27. Other Terms.**

**27.1 TTY.** TTY (also known as TDD or Text Telephone) is a telecommunications device that allows people who are deaf or hearing-impaired or who have speech or language disabilities to communicate by telephone. If you have a digital wireless device that is TTY-compatible, it is possible to make calls, including 911 calls, with a TTY. If you have questions concerning the capabilities of your wireless device, please contact us toll-free at 1-888-8metro8.

**27.2 Risk of Loss or Damage to Wireless Devices.** Upon your acceptance of delivery of your wireless device, all risk of loss, damage, theft, or destruction of your wireless device is borne by you. In the event of any loss, damage, theft, or destruction of your wireless device, in whole or in part, you are responsible for purchasing a replacement wireless device from Metro by T-Mobile at your expense, and you remain responsible for your obligations under this Agreement, including, without limitation, your responsibility for the payment of Service Charges.

**27.3 Premium Handset Protection®**

"Premium Handset Protection" is an equipment insurance program provided by Old Republic Insurance Company and administered by Asurion Insurance Services, Inc. Phone Recovery features are available as well on select phones. Please see the Premium Handset Protection brochure available at any participating retail location or click here for complete Terms and Conditions of Coverage. The Premium Handset Protection Terms and Conditions of Coverage are subject to change. "Premium Handset Protection" may not be available in all states and eligibility varies by wireless device.

**27.4. California Customers.** Our Utility number is U-3079-C. If you file a billing-related claim with the Consumer Affairs Branch ("CAB") of the California Public Utilities Commission you must, within 24 hours of filing, inform us by writing to the Customer Service address set forth below. If we resolve your dispute, you agree to withdraw your claim with the CAB.

**27.5 Start of Service Form/Rate Plan/Coverage Brochure.** The Rate Plan selected by you determines the charges for the Services. The Start of Service form may identify the Rate Plan you have chosen and set forth the charges you are required to pay for Service, including monthly or other cyclical access fees, as well as any applicable surcharges or other fees. If you did not receive a Start of Service form, you can find details on the Rate Plan, services, or features you selected by visiting our stores, authorized dealers, or at www.metrobyt-mobile.com. Unused Rate Plan allotments, bundles, or buckets expire at the end of your service cycle and do not roll over to the next service cycle. We will determine what types of Service and Rate Plans are available to you. The Rate Plan to which you subscribe when you initiate Service, as modified by us from time to time in accordance with this Agreement, will remain in effect for the term of your Service until or unless we change your Rate Plan or you choose to subscribe to a different Rate

Feedback

Plan, if available to you. If we offer more than one Rate Plan in your area and you wish to change the Rate Plan to which you subscribe, you may contact us to request a change in your Rate Plan to any other Rate Plan for which you are eligible. Rate Plan changes may not be effective immediately, and you may be required to pay to make such changes.

**27.6 Account Activity and Information Verification.** This Agreement shall be contingent upon our verification and approval of certain information about you. We reserve the right to deny or limit the provision of Service on the basis of any information that we gather. We may require that you provide us with additional or updated information we reasonably need to determine if you qualify for Service, to manage the Service, or to determine if you are using the Service in accordance with this Agreement. If you do not provide us the information we request within the time period that we specify, we may choose not to provide Service to you, or, if you are an existing customer, we may suspend or terminate Service to you. You warrant and represent that all information furnished to us by you is current, complete, accurate and true as of the time you provide it, and you will update it as necessary to keep it complete, accurate, and true. At any time, we may take any action that we believe necessary to verify or review your account activity or information you provide to us, including: (1) verification of your account information; (2) review of your use of Services and of your account to help assess the Services we provide and the performance of our systems; and (3) investigation of suspected prohibited use or violation of this Agreement or the Policies. We may share information we gather about you as provided elsewhere in this Agreement and in our Privacy Policy which is available at www.metrobyt-mobile.com or by writing to us at the address in Section 16 "Notices". We also may share your information, including your personal information and customer proprietary network information, with any person who may purchase our business.

You (the account holder) may password protect your account information by establishing a personal identification number ("PIN"). You may also set a backup security question and answer in the event you forget your PIN. You agree to protect your PIN, passwords and other account access credentials like your backup security question from loss or disclosure. It is your sole responsibility to protect your account by creating a password that is unknown to any other person. This password should never be shared nor should it be written down and kept in a place that is accessible to others. Should you feel that your password has been compromised you should immediately call Metro by T-Mobile to change your password. You further agree that Metro by T-Mobile may, in our sole discretion, treat any person who presents your credentials for account access as you or an Authorized User on the account for the purposes of disclosure of information or changes in your Rate Plan or Service.

**27.7 Telephone Numbers.** We will assign a telephone number (the "Number") to your wireless device. You do not own nor have any rights to the Number or any personal identification number ("PIN") that you may use in connection with your Service, except for any right you may have to port the Number to another carrier. We also may assign an Internet Protocol address ("IP Address") to your wireless device. You do not own or have any rights to the IP Address. We can change, reassign, or eliminate any Number or PIN by giving you notice and your IP Address without giving you notice. If your account is deactivated, we can reassign the Number or IP Address without giving you any notice. You may not assign the Number, PIN or IP Address to any wireless device, other equipment or to any other party except as approved by us. If you assign the Number, PIN or IP Address to any wireless

Feedback

device, other equipment or to any other party without our approval, we reserve the right to terminate your Service. You can request that we port your number to another carrier, and Service for that number will be terminated when the porting is complete.  If you port your number, you will be responsible for all usage and Charges until the port-out is complete.  If you port a Number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You may be required to purchase a new wireless device and you may be without Service for some period of time. Metro by T-Mobile may charge a fee to reimburse Metro by T-Mobile for the costs Metro by T-Mobile incurs to meet the equipment, technology and infrastructure requirements necessary to enable number porting. Metro by T-Mobile may also charge a fee to reimburse Metro by T-Mobile for the cost Metro by T-Mobile incurs to perform a port. As a standard service feature, Metro by T-Mobile transmits your Number, account name, and address with each call or data session you make from your Metro by T-Mobile wireless device. Your account name, Number, and IP Address may be displayed on the telephone or other device of the party called if that person uses caller identification. Your Number and location may also be transmitted to public safety officials if you dial 911 or other emergency service numbers. Your name and Number for most calls can be blocked on a call-by-call basis by dialing *67 before the telephone area code and telephone number (on certain devices there may be a different number). In addition, you may elect to have your name and Number permanently blocked, at no charge, by sending a request in writing to: Metro by T-Mobile, P.O. Box 601119, Dallas, Texas, 75360-1119.

Feedback