UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-61664-CIV-SMITH**

MISMA RIVERA,

    Plaintiff,

v.

METROPCS FLORIDA, LLC,

    Defendant.

_____/

**ORDER**

    THIS CAUSE is before the Court on Plaintiff's Notice of Pending Settlement [DE 16]. Upon consideration, it is

    **ORDERED** that

    1.    The parties shall file the appropriate dismissal papers for the Court's consideration no later than **October 4, 2019**.

    2.    All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of September, 2019.

                                                    */s/ Rodney Smith*
                                                  **RODNEY SMITH**
                                                  **UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of record