UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61664-CIV-SMITH

MISMA RIVERA, ET AL.,

    Plaintiffs,

vs.

METROPCS FLORIDA, LLC,

    Defendant.
_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [DE 18]. Accordingly, it is

ORDERED that:

1. This matter is **DISMISSED with prejudice** as to Plaintiff's claims.

2. All pending motions not otherwise ruled upon are **DENIED as moot.**

3. The parties shall bear their own costs and fees.

4. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 7th day of October, 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record